UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SZYMCZAK, STEFAN SCHUELE, KIM DREHER, MARIO LOPEZ, MELANIE RIVERA, KATRINA BOYD, ANGELA GREATHOUSE, CORNELIUS JACKSON, DAVID SIMONS, LOLITA DILLARD, AND ANNE STEWART, individually and on behalf of others similarly situated,

     Plaintiffs,

 v.

NISSAN NORTH AMERICA INC. and NISSAN MOTOR CO., LTD.,

     Defendants.

Civil Action No. 10 CIV 07493 (JFM)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, that the time within which Defendant NISSAN NORTH AMERICA, INC. must answer, move or otherwise appear in the above-captioned matter is extended to and including Monday, April 25, 2011.

IT IS FURTHER STIPULATED AND AGREED, that facsimile copies of signatures on this stipulation shall be deemed originals. This stipulation may be filed, in counterparts, without further notice, with the Clerk of the Court.

Dated: March 9, 2011

_____
David M. Covey (DC -3729)
Sedgwick, Detert, Moran & Arnold LLP
125 Broad St., 39th Floor
New York, NY 10004
(212) 422-0202

Attorneys for Defendant
Nissan North America, Inc.

SO ORDERED:

_____
J.S.C.

3/22/11

_____
Gary S. Graifman (GG -2276)
Michael L. Braunstein (MB - )
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
(845) 356-2570

Howard T. Longman (HL - )
Stull, Stull & Brody
6 East 45th St., Ste. 500
New York, NY 10017
(212) 687-7230

Attorneys for Plaintiff

NY/657112v1