**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X

    IN THE MATTER OF REASSIGNMENT

                                            NOTICE OF REASSIGNMENT

            OF

    CASES FROM HON. J. FREDERICK MOTZ

-------------------------------------------------X

The cases on the attached list are reassigned to the calendar of:

        HON. VINCENT L. BRICCETTI (VB)

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: May 9, 2011

                                              Ruby J. Krajick, CLERK

                                              Cecilia Rudden
                            By: _____
                                              Deputy Clerk

cc: Attorneys of Record

Judge Motz to Judge Briccetti  Reassignments

05CV8106
11CV1015
10 CV4320
10CV5343
10CV5484
10CV5656
10CV5659
10CV5704
10CV5775
10CV5787
10CV5907
10CV6016
10CV6048
10CV6068
10CV6086
10CV6118
10CV6188
10CV6318
10CV6420
10CV6611
10CV6639
10CV6657
10CV6936
10CV6940
10CV6955
10CV7006
10CV7099
10CV7314
10CV7493
10CV7520
10CV7693
10CV7695
10CV7757
10CV7760
10CV7772
10CV7822
10CV7878
10CV7891
10CV7952
10CV8021
10CV8098
10CV8112
10CV8127
10CV8129
10CV8200
10CV8260

10CV8275
10CV8304
10CV8321
10CV8332
10CV8478
10CV8480
10CV8677
10CV8684
10CV8756
10CV8762
10CV8774
10CV8872
10CV8921
10CV8965
10CV8985
10CV9019
10CV9024
10CV9049
10CV9119
10CV9134
10CV9170
10CV9174
10CV9202
10CV9242
10CV9249
10CV9273
10CV9367
10CV9437
10CV9459
10CV9672
11CV 15
11CV31
11CV47
11CV116
11CV126
11CV215
11CV264
11CV342
11CV389
11CV422
11CV429
11CV430
11CV490
11CV491
11CV494
11CV575
11CV628
11CV649
11CV670
11CV696

11CV712
11CV764
11CV772
11CV785
11CV815
11CV819
11CV820
11CV872
11CV943
11CV971
11CV994
11CV1016
11CV1029
11CV1037
11CV1093
11CV1115
11CV1156
11CV1189
11CV1210
11CV1211
11CV1222
11CV1325
11CV1428
11CV1458
11CV1471
11CV1474
11CV1491
11CV1498
11CV1551
11CV1635
11CV1655
11CV1659
11CV1660
11CV1709
11CV1792
11CV1796
11CV1805
11CV1842
11CV1915
11CV1940
11CV1970
11CV2019
11CV2031
11CV2061
11CV2079
11CV2080
11CV2217
11CV2261
11CV2301
11CV2366

11CV2399
11CV2435
11CV2482
11CV2536
11CV2558
11CV2563
11CV2595
11CV2631
11CV2641
11CV2701
11CV2740
11CV2761
11CV2781
11CV2806
11CV2838
11CV2841
11CV2949
11CV2992
11CV2998
11CV3000