Matthew R. Mendelsohn
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM SZYMCZAK, STEFAN SCHUELE, KIM DREHER, MARIO LOPEZ, MELANIE RIVERA, KATRINA BOYD, ANGELA GREATHOUSE, CORNELIUS JACKSON, DAVID SIMONS, LOLITA DILLARD, and ANNE STEWART, individually and on behalf of others similarly situated, | Civ. Ac. No.: 10-CV- 07493(JFM)(PD) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD., | |
| Defendants. | |

PLEASE TAKE NOTICE, that the undersigned, hereby appears as counsel in the above captioned case on behalf of plaintiffs William Szymczak, Stefan Schuele, Kim Dreher, Mario Lopez, Melanie Rivera, Katrina Boyd, Angela Greathouse, Cornelius Jackson, David Simons, Lolita Dillard, and Anne Stewart, individually and on behalf of all others similarly situated.

NOTICE is further given that the undersigned requests that all notices given or required to be given in this case be given to and served upon the undersigned at the office, post office address and telephone number and e-mail set forth herein:

> Matthew R. Mendelsohn, Esq.
> MAZIE SLATER KATZ & FREEMAN, LLC
> 103 Eisenhower Parkway
> Roseland, New Jersey  07068
> Telephone:  973-228-9898
> Facsimile:  973-228-0303
> E-mail:  mmendelsohn@mskf.net

          MAZIE SLATER KATZ & FREEMAN, LLC
          Attorneys for Plaintiffs

          _____
          MATTHEW R. MENDELSOHN

Dated:  May 25, 2011