IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WILLIAM SZYMCZAK, STEFAN SCHUELE,
KIM DREHER, MARIO LOPEZ, MELANIE
RIVERA, KATRINA BOYD,
ANGELA GREATHOUSE,
CORNELIUS JACKSON, DAVID
SIMONS, LOLITA DILLARD, and
ANNE STEWART, individually and
on behalf of others similarly situated,

Plaintiffs,

-against-

NISSAN NORTH AMERICA, INC.,
and NISSAN MOTOR CO., LTD.,

Defendants.

Civil Action Number:
10-CV-07493(~~JFM~~)(PD) (VB)

**ORDER FOR ADMISSION
OF S. VANCE WITTIE
PRO HAC VICE ON
WRITTEN MOTION**

**Document Filed
Electronically**

Upon the motion of David M. Covey, attorney for defendants Nissan North America, Inc. and Nissan Motor Co., Ltd., and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | S. Vance Wittie |
| Firm Name: | Sedgwick LLP |
| Address: | 1717 Main Street, Suite 5400 |
| City/State/Zip: | Dallas, TX  75201 |
| Phone Number: | (469) 227-8200 |
| Fax Number: | (469) 227-8004 |
| Email Address: | vance.wittie@sedgwicklaw.com |

is admitted pro hac vice as counsel for defendants Nissan North America, Inc. and Nissan Motor Co., Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electric Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

SO ORDERED:

_____
United States District Judge

Dated: 1/30/12 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-31-12

DL/2709266V1