IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SZYMCZAK, STEFAN SCHUELE, KIM DREHER, MARIO LOPEZ, MELANIE RIVERA, KATRINA BOYD, ANGELA GREATHOUSE, CORNELIUS JACKSON, DAVID SIMONS, LOLITA DILLARD, and ANNE STEWART, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD., <br><br> Defendants. | Civil Action Number: <br> 10-CV-07493(~~JFM~~)(PD) (VB) <br><br> **ORDER FOR ADMISSION OF E. PAUL CAULEY, JR. PRO HAC VICE ON WRITTEN MOTION** <br><br> **Document Filed Electronically** |

Upon the motion of David M. Covey, attorney for defendants Nissan North America, Inc. and Nissan Motor Co., Ltd., and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | E. Paul Cauley, Jr. |
| Firm Name: | Sedgwick LLP |
| Address: | 1717 Main Street, Suite 5400 |
| City/State/Zip: | Dallas, TX 75201 |
| Phone Number: | (469) 227-8200 |
| Fax Number: | (469) 227-8004 |
| Email Address: | paul.cauley@sedgwicklaw.com |

is admitted pro hac vice as counsel for defendants Nissan North America, Inc. and Nissan Motor Co., Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electric Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

SO ORDERED

_____
United States District Judge

Dated: 1/30/12 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-31-12
```

DL/2658042V1