$200 pd # 465407003452

U.S. DISTRICT 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK    JAN 25  PM 3: 40

S.D. OF N.Y. P.

| | |
|---|---|
| WILLIAM SZYMCZAK, STEFAN SCHUELE, KIM DREHER, MARIO LOPEZ, MELANIE RIVERA, KATRINA BOYD, ANGELA GREATHOUSE, CORNELIUS JACKSON, DAVID SIMONS, LOLITA DILLARD, and ANNE STEWART, individually and on behalf of others similarly situated, | Civil Action Number: 10-CV-07493(JFM)(PD) |
| | **MOTION TO ADMIT NINA S. MCDONALD PRO HAC VICE** |
| Plaintiffs, | |
| -against- | **Document Filed Electronically** |
| NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD., | |
| Defendants. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, David M. Covey, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Nina S. McDonald |
| Firm Name: | Sedgwick LLP |
| Address: | 1717 Main Street, Suite 5400 |
| City/State/Zip: | Dallas, TX 75201 |
| Phone Number: | (469) 227-8200 |
| Fax Number: | (469) 227-8004 |
| Email Address: | nina.mcdonald@sedgwicklaw.com |

Nina S. McDonald is a member in good standing of the bar of the State of Texas. There are no pending disciplinary proceedings against Ms. McDonald in any state or federal court, as shown in the Certificate of Good Standing from the Texas State Bar, a copy of which is attached hereto as **Exhibit 1**.

Dated: New York, New York
    January 24, 2012

1

DL/2709272V1

Respectfully Submitted,

By: _____
David M. Covey (DMC-3729)
Sedgwick LLP
*Attorneys for Defendants*
Nissan North America, Inc. and Nissan Motor Co., Ltd.
125 Broad Street, 39th Floor
New York, New York 10004
(212) 422-0202

DL/2709272V1

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 20, 2012

Re:   Nina Schultz McDonald, State Bar Number 24056282

To Whom It May Concern:

This is to certify that Ms. Nina Schultz McDonald was licensed to practice law in Texas on November 3, 2006, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. McDonald's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/aa



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SZYMCZAK, STEFAN SCHUELE, KIM DREHER, MARIO LOPEZ, MELANIE RIVERA, KATRINA BOYD, ANGELA GREATHOUSE, CORNELIUS JACKSON, DAVID SIMONS, LOLITA DILLARD, and ANNE STEWART, individually and on behalf of others similarly situated, | Civil Action Number: 10-CV-07493(JFM)(PD) |
| Plaintiffs, | **AFFIDVIT OF DAVID M. COVEY IN SUPPORT OF MOTION TO ADMIT NINA S. MCDONALD PRO HAC VICE** |
| -against- | |
| NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD., | **Document Filed Electronically** |
| Defendants. | |

State of New York    )
                     :ss
County of New York   )

David M. Covey, being duly sworn, hereby deposes and says as follows:

1.     I am a partner at Sedgwick LLP, counsel for defendants Nissan North America, Inc. and Nissan Motor Co., Ltd. ("Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Nina S. McDonald as counsel pro hac vice to represent Defendants in this matter.

2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

1

3.     Ms. McDonald has been an attorney at my firm, Sedgwick LLP, for over five years.

4.     Ms. McDonald is a skilled attorney and a person of integrity.  She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5.     Accordingly, I am pleased to move for the admission of Nina S. McDonald, pro hac vice.

6.     I respectfully submit a proposed order granting the admission of Nina S. McDonald, pro hac vice, which is attached hereto as **Exhibit A**.

WHEREFORE it is respectfully requested that the motion to admit Nina S. McDonald, pro hac vice to represent Defendants in the above-captioned matter be granted.

_____
DAVID M. COVEY (DMC-3729)

Sworn to before me this
24th day of January 2012.

_Jennifer Greenaway_
Notary Public

**JENNIFER GREENAWAY**
**Notary Public, State of New York**
**No. 01GR6249002**
**Qualified in Kings County**
**Commission Expires September 26, 2015**

## CERTIFICATE OF SERVICE

I, SOO Y. KIM, hereby certify and affirm that a true and correct copy of the attached **MOTION TO ADMIT NINA S. MCDONALD PRO HAC VICE and EXHIBIT, AFFIDAVIT OF DAVID M. COVEY IN SUPPORT OF MOTION TO ADMIT NINA S. MCDONALD PRO HAC VICE and EXHIBIT ORDER FOR ADMISSION OF NINA S. MCDONALD PRO HAC VICE ON WRITTEN MOTION** was served **via regular mail** on January 24, 2012, upon:

Gary S. Graifman
Michael L. Braunstein
747 Chestnut Ridge Road
Chestnut Ridge, NY  10977

Howard T. Longman
Stull, Stull & Brody
6 East 45th Street, Suite 500
New York, NY  10017

Matthew Mendelsohn
David A. Mazie
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ  07068

Dated:  New York, New York
      January 24, 2012

Soo Y. Kim (SK-1981)