IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SZYMCZAK, STEFAN SCHUELE, KIM DREHER, MARIO LOPEZ, MELANIE RIVERA, KATRINA BOYD, ANGELA GREATHOUSE, CORNELIUS JACKSON, DAVID SIMONS, LOLITA DILLARD, and ANNE STEWART, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>                    Defendants. | Civil Action Number:<br>10-CV-07493(VB)<br><br>**NOTICE OF FILING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407**<br><br>**Document Filed Electronically** |

### DEFENDANT NISSAN NORTH AMERICA, INC.'S NOTICE OF FILING OF MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:**

PLEASE TAKE NOTICE on February 28, 2012, pursuant to 28 U.S.C. § 1407, Defendant Nissan North America, Inc. ("NNA") filed with the Judicial Panel on Multidistrict Litigation a Motion for Transfer and Consolidation of this and two similar class actions.  Copies of the Motion, Brief with Schedule of Actions and other accompanying exhibits, Reasons Why Oral Argument Should be Heard, Corporate Disclosure Statement, and Proof of Service are attached as **Exhibits 1 – 5**.

NNA files this Notice pursuant to Rule 4.1(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation (the "Panel") for the purpose of informing the Court of the pendency of the proceedings before the Panel and will keep the Court informed of further developments.

DATED:  February 28, 2012.

                         Respectfully submitted,

                         *s/ E. Paul Cauley, Jr.*
E. Paul Cauley, Jr. (admitted *pro hac vice*)
TX Bar No. 04018900
paul.cauley@sedgwicklaw.com
S. Vance Witte (admitted *pro hac vice*)
TX Bar No. 21832980
vance.wittie@sedgwicklaw.com
Nina S. McDonald (admitted *pro hac vice*)
TX Bar No. 24056282
nina.mcdonald@sedgwicklaw.com
SEDGWICK LLP
1717 Main Street, Suite 5400
Dallas, TX  75201
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

David M. Covey  (DMC-3729)
david.covey@sedgwicklaw.com
Soo Y. Kim  (SK-5885)
soo.kim@sedgwicklaw.com
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, NY 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

*Counsel for Defendant Nissan North America, Inc.
and Nissan Motor Company, Ltd.*

2

## CERTIFICATE OF SERVICE

I herby certify that on the 28th day of February 2012, I electronically filed the foregoing **NOTICE OF FILING OF MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407** with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Gary S. Graifman
Michael L. Braunstein
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York  10977

Howard T. Longman
Mark Levine
Stull, Stull & Brody
6 East 45th Street, Suite 500
New York, New York  10017

Matthew Mendelsohn
David A. Mazie
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey  07068

*s/ E. Paul Cauley, Jr.*
E. Paul Cauley, Jr.