IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SZYMCZAK, STEFAN SCHUELE, KIM DREHER, MARIO LOPEZ, MELANIE RIVERA, KATRINA BOYD, ANGELA GREATHOUSE, CORNELIUS JACKSON, DAVID SIMONS, LOLITA DILLARD, and ANNE STEWART, individually and on behalf of others similarly situated,<br><br>                      Plaintiffs,<br><br>    -against-<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>                      Defendants. | Civil Action Number:<br>10-CV-07493(VB)<br><br>**NOTICE OF MOTION**<br><br>**Document Filed Electronically** |

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of E. Paul, Cauley, Jr., sworn to this 28th day of February 2012, and the accompanying Memorandum of Law, Defendants, NISSAN NORTH AMERICA, INC. ("NNA") and NISSAN MOTOR CO., LTD. ("NML"), subject to and without waiving its objection to jurisdiction, by its counsel will move this Court before the Honorable Vincent Bricetti, at the United States Courthouse at 300 Quarropas Street, White Plains, NY 10601-4150, on a date and time to be determined by the Court, for an Order to stay the instant proceedings while the United States Judicial Panel on Multidistrict Litigation ("the JPML") considers a motion to transfer and consolidate this case and two other virtually identical putative class actions pending in federal district courts around the country, together with such other and further relief as to this Court may seem just and proper.

1

DL/2832847v11

**PLEASE TAKE FURTHER NOTICE** that, answering affidavits and/or memoranda are to be served upon the undersigned in accordance with Local Rule 6.1(b).

Dated: Dallas, Texas
       February 28, 2012

Yours, etc.,

By: _/s/ E. P._____

E. Paul Cauley, Jr. (admitted *pro hac vice*)
TX Bar No. 04018900
S. Vance Witte (admitted *pro hac vice*)
TX Bar No. 21832980
Nina S. McDonald (admitted *pro hac vice*)
TX Bar No. 24056282
SEDGWICK LLP
1717 Main Street, Suite 5400
Dallas, TX  75201
(469) 227-8200

David M. Covey  (DMC-3729)
Soo Y. Kim  (SK-5885)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, NY 10004
Telephone: (212) 422-0202

*Attorneys for Defendants Nissan North America, Inc. and Nissan Motor Company, Ltd.*
