IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SZYMCZAK, STEFAN SCHUELE, KIM DREHER, MARIO LOPEZ, MELANIE RIVERA, KATRINA BOYD, ANGELA GREATHOUSE, CORNELIUS JACKSON, DAVID SIMONS, LOLITA DILLARD, and ANNE STEWART, individually and on behalf of others similarly situated,<br><br>                      Plaintiffs,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>                      Defendants. | Civil Action No.: 10-CV- 07493 (VLB)<br><br>**CERTIFICATE OF SERVICE** |
| TIM McELROY, individually and on behalf of others similarly situated,<br><br>                      Plaintiffs,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>                      Defendants. | Civil Action No.:1:12-cv-01495 (CM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2012, I electronically filed a true and correct copy of the *Notice of Motion to Consolidate Related Actions and Appoint Lead Counsel; Declaration of Gary S. Graifman in Support of Motion; Memorandum of Law in Support of Plaintiffs' Motion; and Pre-Trial Order No. 1 for Consolidation of Cases and Appointment of Lead Counsel* with the Clerk of the Court using the CM/ECF system which will send notification to those attorneys who are duly registered with the CM/ECF System and via email transmission.

                                                                                    Cherie Cornfield