## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

WILLIAM SZYMCZAK, STEFAN SCHUELE,
KIM DREHER, MARIO LOPEZ, MELANIE
RIVERA, KATRINA BOYD, ANGELA
GREATHOUSE, CORNELIUS JACKSON,
DAVID SIMONS, LOLITA DILLARD, and
ANNE STEWART, individually and on behalf of
others similarly situated,

                Plaintiffs,

vs.

NISSAN NORTH AMERICA, INC., and
NISSAN MOTOR CO., LTD.,

                Defendants.

TIM McELROY, individually and on behalf of
others similarly situated,

                Plaintiffs,

vs.

NISSAN NORTH AMERICA, INC., and
NISSAN MOTOR CO., LTD.,

                Defendants.

Civil Action No.: 10-CV- 07493 (VLB)

**CERTIFICATE OF SERVICE**

Civil Action No.:1:12-cv-01495 (CM)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2012, I electronically filed a true and
correct copy of the *Notice of Motion to Consolidate Related Actions and Appoint Lead
Counsel; Declaration of Gary S. Graifman in Support of Motion; Memorandum of Law in
Support of Plaintiffs' Motion; and Pre-Trial Order No. 1 for Consolidation of Cases and
Appointment of Lead Counsel* with the Clerk of the Court using the CM/ECF system which will
send notification to those attorneys who are duly registered with the CM/ECF System and via
email transmission.

Cherie Cornfield