IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SZYMCZAK, STEFAN SCHUELE, KIM DREHER, MARIO LOPEZ, MELANIE RIVERA, KATRINA BOYD, ANGELA GREATHOUSE, CORNELIUS JACKSON, DAVID SIMONS, LOLITA DILLARD, and ANNE STEWART, individually and on behalf of others similarly situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>                      Defendants. | Civil Action No.: 10-CV- 07493(VLB)<br><br>NNA'S RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS AND IN OPPOSITION TO PLAINTIFFS' MOTION TO APPOINT CO-LEAD COUNSEL<br><br><br>ELECTRONICALLY FILED |

DAVID M. COVEY, an attorney duly admitted to practice law before the United States District Court for the Southern District of New York, hereby affirms the following to be true or, if stated upon information and belief, believes it to be true, under penalty of perjury:

      1.     I am a member of the law firm of Sedgwick LLP, attorneys for defendant, Nissan North America, Inc. (NNA), I am familiar with the facts, pleadings and prior proceedings of this action by virtue of my review of the file maintained in this office for the defense of this action.

      2.     This Affirmation is respectfully submitted in response to Plaintiffs' Motion to Consolidate Related Actions and Appoint Co-Lead Counsel (Dkt. #45).

      3.     Following review of Plaintiffs' Motion to Consolidate Related Actions and for Appointment of Co-Lead Counsel (Dkt. #45) and supporting papers, NNA does not oppose that portion of the Motion seeking consolidation in the interest of judicial economy.

4. NNA opposes that portion of the Motion seeking appointment of Plaintiffs' attorneys as co-lead counsel, on the grounds that such appointment is inappropriate and premature, and further incorporates the accompanying Memorandum of Law in Support of NNA's Opposition to Plaintiffs' Motion for Appointment of Co-Lead Counsel.

**WHEREFORE**, it is respectfully requested that this Honorable Court decide Plaintiffs' Motion in accordance with the above and grant Plaintiffs' Motion to Consolidate, deny Plaintiffs' Motion for Appointment of Co-Lead Counsel, along with such other, further and/or different relief, as this Honorable Court deems appropriate.

Dated: New York, New York
March 30, 2012

Respectfully submitted,

*s/ David M. Covey*
David M. Covey  (DMC-3729)
david.covey@sedgwicklaw.com
Soo Y. Kim  (SK-5885)
soo.kim@sedgwicklaw.com
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, NY 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

E. Paul Cauley, Jr. (admitted *pro hac vice*)
TX Bar No. 04018900
paul.cauley@sedgwicklaw.com
S. Vance Witte (admitted *pro hac vice*)
TX Bar No. 21832980
vance.wittie@sedgwicklaw.com
Nina S. McDonald (admitted *pro hac vice*)
TX Bar No. 24056282
nina.mcdonald@sedgwicklaw.com
SEDGWICK LLP
1717 Main Street, Suite 5400
Dallas, TX  75201
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

*Counsel for Defendant Nissan North America, Inc.*

## CERTIFICATE OF SERVICE

I herby certify that on the 30th day of March 2012, I caused to be filed the foregoing **DEFENDANT NISSAN NORTH AMERICA, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT LEAD COUNSEL** with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Gary S. Graifman
Michael L. Braunstein
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York  10977

Howard T. Longman
Mark Levine
Stull, Stull & Brody
6 East 45th Street, Suite 500
New York, New York  10017

Matthew Mendelsohn
David A. Mazie
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey  07068

*s/ David M. Covey*
David M. Covey