UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
WILLIAM SZYMCZAK, on behalf of himself
and all others similarly situated,

                Plaintiff,                Docket No. 10-cv-07493

    - against -

                                        **NOTICE OF APPEARANCE**

NISSAN NORTH AMERICA INC.,

                Defendant.
-------------------------------------------------------x

    PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of plaintiff, WILLIAM SZYMCZAK, in the above entitled action, and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: June 13, 2012
       Chestnut Ridge, New York

                                        Yours, etc.

                                        _____
                                        Randy J. Perlmutter, Esq.
                                        KANTROWITZ, & GOLDHAMER,
                                        & GRAIFMAN
                                        210 Summit Avenue
                                        Montvale, New Jersey 07645
                                        Tel: (201) 391-7000
                                        Fax: (845) 356-4335