# Sedgwick LLP

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 7/2/12*

*David Covey*
*(212) 898-4010*
*david.covey@sedgwicklaw.com*

**MEMO ENDORSED**

June 29, 2012

*Via Facsimile (914-390-4170)*
Hon. Vincent L. Briccetti
United States District Court for the Southern
District of New York
300 Quarropas St., Room 630
White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI  7/2/12
U.S.D.J.

Re: *In Re: Nissan Radiator/Transmission Cooler Litigation*; **Cause No. 10-cv-07493**, pending in the United States District Court for the Southern District of New York

SedgwickFile No.: 02060-060035

Dear Hon. Briccetti:

The parties have been engaged in negotiations about this case. In view of the discussions, the parties jointly request that the date for Nissan Motor Co., Ltd. to advise whether it is willing to provide discovery as a non-party in exchange for dismissal, which is today, and the date for plaintiffs to serve their Consolidated Amended Complaint, which is July 2, 2012, be adjourned for two weeks.

Respectfully submitted,

David Covey w/permission [signature] McDonell (admitted pro hac vice)

David Covey
Sedgwick LLP

Cc:  *Via Facsimile*
     Gary S. Graifman, Esq. (845) 356-4335
     Howard T. Longman, Esq. (212)-490-2022
     Matthew Mendelsohn, Esq. (973) 228-9898

DL/2894648v1