LAW OFFICES
## KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 CHESTNUT RIDGE ROAD — SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ†°
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN°
REGINALD H. RUTISHAUSER°
JOHN M. CHAKAN*
MICHAEL L. BRAUNSTEIN°
DANIEL B. SCHWARTZ°

OF COUNSEL
STEVEN B. ROTHSCHILD
JEFFREY P. ORLON, P.A., P.C.

*N.Y. & N.J. BAR
†FLA. BAR

(845) 356-2570
FAX # (845) 356-4335
www.kgglaw.com

NEW JERSEY
SUMMIT AVE.
MONTVALE, N.J. 07645
(201) 391-7000
FAX # (201) 307-1086

RECEIVED JUL 13 2012
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/12

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI
U.S.D.J.   7/13/12

July 13, 2012

Hon. Vincent L. Briccetti
U.S. Dist. Court, S.D.N.Y.
Federal Bldg. & U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

  Re:  William Szymczak, et al. v. Nissan North America, Inc.
     Case No. 10-cv-07493 (JFM)(PD)

Dear Judge Briccetti:

  We are co-counsel for Plaintiffs in the above captioned action. As the Court knows, the parties have been in discussions regarding the case. These discussions are continuing. Although progress has been made they have not been completed. Accordingly, Plaintiffs request, and Defendants have agreed, to adjournment of the date for filing Plaintiffs' Third Consolidated Amended Complaint from this Monday, July 16, 2012 for two weeks until July 30, 2012. This is the second request for an adjournment due to ongoing discussions about the case as a whole.

  On an additional issue on which this Court had requested a response, I have been informed by Defendants' counsel, David Covey, Esq. that Defendant Nissan Motor Corp.("NMC") agrees to have its counsel of record accept service of subpoenas and other discovery on behalf of NMC and respond thereto as if NMC were a domestic third party in exchange for Plaintiffs' dismissal of their claims against NMC without prejudice.

Hon. Vincent L. Briccetti
Page 2
July 13, 2012

      Accordingly, as the parties continue to have discussions regarding the case as a whole, we respectfully request that the date for Plaintiffs to file the Third Amended Consolidated Complaint be moved from this Monday July 16, 2012 to July 30, 2012.

                                Respectfully submitted,

                                Gary S. Graifman

GSG:cdc
cc:    Paul E. Cauley, Esq.
       David M. Covey, Esq.
       Matthew R. Mendelsohn, Esq.
       Howard T. Longman, Esq.