

**Sedgwick** LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR    NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com    212.422.0202 *phone*    212.422.0925 *fax*

RECEIVED AUG 14 2012 — CHAMBERS OF VINCENT L. BRICCETTI, UNITED STATES DISTRICT JUDGE, SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/15/12

August 14, 2012

**VIA FACSIMILE (914) 390-4170 AND U.S. MAIL**
Honorable Vincent L. Briccetti
Federal Building and U.S. Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

In Re:    *Nissan Radiator/Transmission Cooler Litigation*
         Civil Action No.:    7:10-cv-07493(VB)
         SDMA File No.:    02060-060035

Dear Judge Briccetti:

We represent the defendants in the above captioned action and write, with the consent of counsel for plaintiffs, respectfully requesting a one week extension for submissions due August 15, 2012. The parties have been working diligently with respect to the settlement agreement and proposed preliminary approval but require the brief extension to finalize matters. The submissions which are the subject of this joint request include plaintiffs' third consolidated amended complaint, the settlement agreement and proposed preliminary approval documents.

We thank the Court for its consideration of this request.

Respectfully submitted,

David M. Covey (DM – 3729)
Sedgwick LLP

Enclosures

APPLICATION GRANTED
SO ORDERED _____
VINCENT L. BRICCETTI
U.S.D.J.

/MAP
10-14-2012

NY/1008494v1

Honorable Vincent L. Briccetti
In Re:   Nissan Radiator/Transmission Cooler Litigation
August 14, 2012
Page 2


cc:
Gary S. Graifman
Michael L. Braunstein
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York  10977

Howard T. Longman
Mark Levine
Stull, Stull & Brody
6 East 45th Street, Suite 500
New York, New York  10017

Matthew Mendelsohn
David A. Mazie
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey  07068

NY/1008494v1