LAW OFFICES

# KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.

747 CHESTNUT RIDGE ROAD - SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216

(845) 356-2570
FAX # (845) 356-4335
www.kgglaw.com

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ†*
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN*
MICHAEL L. BRAUNSTEIN
DANIEL B. SCHWARTZ

OF COUNSEL
STEVEN B. ROTHSCHILD
JEFFREY P. ORLAN, P.A., P.C.

*N.Y. & N.J. BAR
†FLA. BAR

NEW JERSEY
210 SUMMIT AVE.
MONTVALE, N.J. 07645
(201) 391-7000
FAX (201) 307-1086

RECEIVED AUG 22 2012 CHAMBERS OF VINCENT L. BRICCETTI UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT OF NEW YORK



APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI
U.S.D.J.

/MHP
8-23-12

August 22, 2012

**Via Facsimile Transmission**

Hon. Vincent L. Briccetti
U.S. Dist. Court, S.D.N.Y.
Federal Bldg. & U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:  In Re Nissan Radiator/Transmission Cooler Litigation
        Case No. 10-cv-07493

Dear Judge Briccetti:

  We are co-counsel for Plaintiffs in the above captioned action. As the Court knows, the parties have been in intense discussions regarding the case in order to reach a resolution and believe that only a couple of issues remain to be resolved. However, the Preliminary Approval Papers cannot be finalized and filed until then.

  Accordingly, we respectfully request a brief adjournment of the date for filing Plaintiffs' Third Consolidated Amended Complaint and the Preliminary Approval Settlement Papers from today until this Friday, August 24, 2012.

               Respectfully submitted,

               s/ Gary S. Graifman
               Gary S. Graifman

GSG:cdc
cc: Paul E. Cauley, Esq.
   David M. Covey, Esq.
   Matthew R. Mendelsohn, Esq.
   Howard T. Longman, Esq.