IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :   Civil Action No.: 10-cv-07493(VB)
IN RE NISSAN RADIATOR/TRANSMISSION   :
COOLER LITIGATION                                  :   **DECLARATION OF GARY S.**
                                                            :   **GRAIFMAN IN SUPPORT OF**
                                                            :   **PRELIMINARY APPROVAL OF**
                                                            :   **SETTLEMENT**
------------------------------------------------------------x

      **GARY S. GRAIFMAN**, being first duly sworn, hereby declares under the penalties of perjury:

      1.    I am a Partner in the firm of Kantrowitz Goldhamer & Graifman, P.C., Co-Lead Counsel for Plaintiffs in this class action.

      2.    I submit this Declaration in Support of Plaintiffs' Motion for Preliminary Approval of the within class action settlement.

      3.    The parties reached a settlement which is being submitted to the Court for preliminary approval herewith.

      4.    Annexed hereto as Exhibit "1" is a true and accurate copy of the Settlement Agreement executed by the parties together with the exhibits thereto.

      WHEREFORE, the parties respectfully submit that the Court preliminary approve the settlement submitted herewith.

      Executed on the 24th day of August, 2012 at Chestnut Ridge, New York.

                                                                                                       GARY S. GRAIFMAN