IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:                                    Civil Action No.: 10-cv-07493(VB)
IN RE NISSAN RADIATOR/TRANSMISSION :
COOLER LITIGATION                  :
:
:
:
:
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2012, I electronically filed a true and correct copy of the *Notice of Motion for Preliminary Approval; Declaration of Gary S. Graifman in Support of Motion for Preliminary Approval*, together with exhibits, including the Settlement Agreement; *Plaintiffs' Brief in Support of Preliminary Approval;* and *[Proposed] Preliminary Approval Order* with the Clerk of the Court using the CM/ECF system which will send notification to those attorneys who are duly registered with the CM/ECF System and via email transmission.

Cherie Cornfield