

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-4-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE NISSAN RADIATOR/TRANSMISSION   :
COOLER LITIGATION                                    :
                                                              :
                                                              :
                                                              :
                                                              :
-----------------------------------------------------------x

**STIPULATION AND ORDER**

10 CV 7493 (VB)

WHEREAS, on June 14, 2012, the Court entered a Revised Civil Case Discovery Plan and Scheduling Order (Dkt. #61), which sets forth various deadlines for this case;

WHEREAS, on August 24, 2012, Plaintiffs filed a Motion for Preliminary Approval of Settlement (Dkt. #66), seeking (1) the Court's preliminary approval of the proposed settlement; (2) certification of a settlement class, for settlement purposes only; (3) authorization for the dissemination of Class Notice as provided for in the Settlement Agreement; and (4) scheduling of a final approval hearing for the Court's final approval of the proposed settlement;

WHEREAS, the Parties have agreed, in light of Plaintiffs' currently pending Motion for Preliminary Approval of Settlement, that it would be appropriate to further adjourn all currently existing deadlines as set forth in the Court's Revised Civil Case Discovery Plan and Scheduling Order (Dkt. #61) until a final ruling is issued as to the proposed settlement;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs and Defendant, as follows:

1.      All deadlines set forth in the Court's Revised Civil Case Discovery Plan and Scheduling Order (Dkt. #61) are adjourned pending a final ruling on the proposed settlement.

2.     If necessary, the Parties agree to enter into another Stipulation as to new deadlines for those set forth in the Court's Revised Civil Case Discovery Plan and Scheduling Order (Dkt. #61).

Dated:  August 31, 2012.

**SEDGWICK LLP**

BY:

_s/Nina S. McDonald_
E. Paul Cauley, Jr., Esq.
(*admitted pro hac vice*)
S. Vance Wittie
(*admitted pro hac vice*)
Nina S. McDonald
(*admitted pro hac vice*)
Sedgwick LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
Tel: 469-227-8200

David Covey, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, New York 10004
Tel: 212-422-0202
**Attorneys for Defendant Nissan North America, Inc.**

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**

BY:

_s/Gary S. Graifman_
Gary S. Graifman, Esq.
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road – Suite 200
Chestnut Ridge, NY 10977
Tel: 845-356-2570

Howard T. Longman, Esq.
Stull, Stull & Brody
6 East 45th Street, Suite 500
New York, NY 10017

Matthew R. Mendelsohn, Esq.
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway, 2nd Fl
Roseland, NJ 07068
**Co-Lead Counsel for Plaintiffs**

**SO ORDERED:**

9/4/12
Date

Hon. Vincent L. Briccetti, U.S.D.J.