UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE NISSAN RADIATOR/TRANSMISSION   :   10 CV 7493 (VB)
COOLER LITIGATION                                       :
                                                                              :   **NNA'S RESPONSE IN SUPPORT**
                                                                              :   **OF PLAINTIFFS' MOTION FOR**
                                                                              :   **PRELIMINARY APPROVAL OF**
                                                                              :   **SETTLEMENT**
                                                                              :
                                                                              :   **ELECTRONICALLY FILED**
                                                                              :
-------------------------------------------------------------x

      E. PAUL CAULEY, JR., an attorney duly admitted *pro hac vice* to practice law before the United States District Court for the Southern District of New York, hereby affirms the following to be true or, if stated upon information and belief, believes it to be true, under penalty of perjury:

      1.    I am a member of the law firm of Sedgwick LLP, attorneys for defendant, NISSAN NORTH AMERICA, INC. (NNA), I am familiar with the facts, pleadings and prior proceedings of this action by virtue of my review of the file maintained in this office for the defense of this action.

      2.    This Affirmation is respectfully submitted in response to Plaintiffs' Motion for Preliminary Approval of Settlement (Dkt. #66).

      3.    Following review of Plaintiffs' Motion for Preliminary Approval of Settlement (Dkt. #66) and supporting papers, NNA does not oppose the Motion and writes separately to provide its perspective on the claims and defenses and, in light of that, demonstrate that the proposed settlement provides significant consideration to the class, is fair and reasonable and deserves the approval of the Court and further incorporates the accompanying Memorandum of Law.

**WHEREFORE**, it is respectfully requested that this Honorable Court decide Plaintiffs' Motion in accordance with the above and grant Plaintiffs' Motion for Preliminary Approval of Settlement, along with such other, further and/or different relief, as this Honorable Court deems appropriate.

Dated: Dallas, Texas
September 6, 2012

Respectfully submitted,

By: *s/ E. Paul Cauley, Jr.*
E. Paul Cauley, Jr., Esq. (*admitted pro hac vice*)
S. Vance Wittie, Esq. (*admitted pro hac vice*)
Nina S. McDonald, Esq. (*admitted pro hac vice*)
SEDGWICK, LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 227-8200

David M. Covey, Esq. (DMC-3729)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004
(212) 422-0202

*Attorneys for Defendant Nissan North America, Inc.*

**CERTIFICATE OF SERVICE**

I herby certify that on the 6th day of September 2012, I electronically filed the foregoing **DEFENDANT NISSAN NORTH AMERICA, INC.'S RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Gary S. Graifman
Michael L. Braunstein
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York  10977

Howard T. Longman
Mark Levine
Stull, Stull & Brody
6 East 45th Street, Suite 500
New York, New York  10017

Matthew Mendelsohn
David A. Mazie
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey  07068

*s/ E. Paul Cauley, Jr.*
E. Paul Cauley, Jr.