```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE NISSAN RADIATOR/TRANSMISSION  :   **STIPULATION AND**
COOLER LITIGATION                                      :   **ORDER**
                                                                          :
                                                                          :
                                                                          :   10 CV 7493 (VB)
                                                                          :
------------------------------------------------------------x

**WHEREAS**, on June 14, 2012, the Court entered a Revised Civil Case Discovery Plan and Scheduling Order (Dkt. #61), which set forth various deadlines for this case;

**WHEREAS**, on July 25, 2012, the Court held a status conference and set an August 15, 2012 deadline for Plaintiffs to file a consolidated amended complaint;

**WHEREAS**, the Parties sought two adjournments on Plaintiffs' pleadings deadline, which were both endorsed by the Court (see Dkt. ## 64 & 65);

**WHEREAS**, on August 24, 2012, Plaintiffs filed their Third Amended and First Consolidated Class Action Complaint (Dkt. #61) (the "Consolidated Complaint");

**WHEREAS**, pursuant to the Federal Rules of Civil Procedure, Defendant Nissan North America, Inc.'s ("NNA") deadline to file an responsive pleading to Plaintiffs' Consolidated Complaint is September 7, 2012;

**WHEREAS**, the Parties have agreed to extend NNA's deadline to file a responsive pleading to Plaintiffs' Consolidated Complaint by fourteen days;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiffs and NNA, as follows:

1.      NNA's deadline to file a responsive pleading to Plaintiffs' Consolidated Complaint is extended to September 21, 2012.

Dated:  September 6, 2012.

1

| | |
|---|---|
| **SEDGWICK LLP** | **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.** |
| BY: | BY: |

<table>
<tr>
<td>

*s/ Nina S. McDonald*
E. Paul Cauley, Jr., Esq.
(*admitted pro hac vice*)
S. Vance Wittie
(*admitted pro hac vice*)
Nina S. McDonald
(*admitted pro hac vice*)
Sedgwick LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
Tel: 469-227-8200

David Covey, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, New York 10004
Tel: 212-422-0202
***Attorneys for Defendant Nissan North America, Inc.***

</td>
<td>

*s/ Matthew R. Mendelsohn*
Gary S. Graifman, Esq.
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road – Suite 200
Chestnut Ridge, NY 10977
Tel: 845-356-2570

Howard T. Longman, Esq.
Stull, Stull & Brody
6 East 45th Street, Suite 500
New York, NY 10017

Matthew R. Mendelsohn, Esq.
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway, 2nd Fl
Roseland, NJ 07068
***Co-Lead Counsel for Plaintiffs***

</td>
</tr>
</table>

**SO ORDERED:**

_____
Hon. Vincent L. Briccetti, U.S.D.J.

9/10/12
Date