USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/12

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NISSAN RADIATOR/TRANSMISSION COOLER LITIGATION | Civil Action No.: 10-CV-07493(VLB)<br><br>*Partial*<br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF NISSAN MOTOR CO., LTD. ONLY |

WHEREAS, the initial action in this matter was filed against two defendants, Nissan North America, Inc. ("NNA") and Nissan Motor Co., Ltd. ("NML"); and

WHEREAS, on or about August 24, 2012, the Plaintiffs filed their Third Amended and First Consolidated Class Action Complaint which did not include NML as a Defendant; and

WHEREAS, the Plaintiffs agreed to dismiss NML without prejudice in exchange for certain agreements on service of discovery previously discussed in the event the within matter is not finally approved for settlement;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs and Defendants, as follows:

1. NML is hereby dismissed without prejudice as a defendant in the above captioned matter.

2. In the event that final approval of the settlement in the within matter is not granted, and litigation in the action proceeds, NML agrees that its counsel will accept service of any third party subpoena that Plaintiffs may seek to serve on NML. Notwithstanding this, NML reserves all rights, defenses and objections to such discovery, except for that based upon invalid service or personal jurisdiction.

| SEDGWICK LLP | KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C. |
|---|---|
| BY: *David Covey (NSM)* | BY: *[signature]* |
| E. Paul Cauley, Jr., Esq.<br>(*admitted pro hac vice*)<br>S. Vance Wittie<br>(*admitted pro hac vice*)<br>Nina S. McDonald<br>(*admitted pro hac vice*)<br>Sedgwick, LLP<br>1717 Main Street, Suite 5400<br>Dallas, Texas 75201<br>Tel: 469-227-8200 | Gary S. Graifman, Esq.<br>Kantrowitz, Goldhamer & Graifman, P.C.<br>747 Chestnut Ridge Road – Suite 200<br>Chestnut Ridge, NY 10977<br>Tel: 845-356-2570 |
| David Covey, Esq.<br>Sedgwick, LLP<br>125 Broad Street, 39th Floor<br>New York, New York 10004<br>Tel: 212-422-0202<br>*Attorneys for Defendants* | Howard T. Longman, Esq.<br>Stull, Stull & Brody<br>6 East 45th Street, Suite 500<br>New York, NY 10017<br><br>Matthew R. Mendelsohn, Esq.<br>Mazie Slater Katz & Freeman, LLC<br>103 Eisenhower Parkway, 2nd Fl<br>Roseland, NJ 07068<br>*Attorneys for Plaintiffs* |

SO ORDERED:

*[signature]*

Hon. Vincent L. Briccetti, U.S.D.J.

Dated: October 9, 2012
White Plains, NY