January 11, 2013

United States District Court for the Southern District of New York
White Plains Division, 300 Quarropas St., Room 620
White Plains, NY 10601

Re: Nissan Radiator/ transmission
Case 7:10-cv-07493-VB

To Whom It May Concern:

I purchased the 2005 Pathfinder in March 2012.  I ran into problems with it in November 2012 at right around 100,000 miles.  It needs a new transmission.  I need a reliable car to drive my kids around in and at this time it is unsafe.  Replacing the transmission is not a quick cheap fix and puts many families like mine in a bad position. Please make Nissan reimburse the owners.  I just want a car that runs without having to dump thousands of dollars into it for a problem that was created by bad engineering.

Thank you for your kind attention.

Rachel Kilmer

Docket in case #
As:
Date: 1 23 13