Rickey Shubert
204 Scott Dr
Slidell, LA  70458



United States District Court for the
Southern District of New York, White Plains Division
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY  10601

"In Re: Nissan Radiator/Transmission Cooler Litigation, Case No. 10-cv-07493."

Dear Honorable Charles L. Brieant Jr.:

I'm writing to say I'm in objection to the above settlement.

Nissan did not make this a vehicle recall which would have caused consumers not to have any out of pocket expenses. Instead a class action law suit had to be filed which caused consumers unnecessary and burdensome expenses through no fault of their own.

I spent a good amount of money for my Nissan Pathfinder because I put my trust in the Nissan name. Faulty part damages should not be the expense of the consumer, nor a deductible/co-pay. I bought the vehicle with trust in Nissan that it had new defective free parts on it. It's Nissan's responsibility to make sure they conduct business with a reliable part company. Why should anybody have to pay for damages or deductible/co pay caused by a company who put on defective parts? We had no control of this.

I thank for you for considering this letter and my objections.

In regards,

*Rickey Shubert*   1-11-13
Rickey Shubert


cc: Class Co-Counsel
   Gary S. Graifman
   KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
   747 Chestnut Ridge Road
   Chestnut Ridge, NY  10977

   Counsel for Nissan:
   E. Paul Cauley, Jr.
   Nina S. McDonald
   SEDWICK LLP
   1717 Man Street, Suite 5400
   Dallas, TX  75201

" In Re: Nissan Radiator/Transmission Cooler Litigation, Case No. 10-cv-07493."

Rickey Shubert
204 Scott Dr
Slidell, LA   70458
(985)645-0539

I'm still the current owner of the 2007 Nissan Pathfinder

VIN: 5N1AR18U57C618586

Current Odometer Mileage: 86,577 miles

I have had repairs to my vehicle caused by cross-contamination of engine coolant and transmission fluid as a result of a defect in the radiator. The odometer mileage on the date of the repair was 84,558 miles.

Attached is supporting papers.

Thank You,

*[signature]* 1-11-13

Rickey Shubert

```
CUSTOMER #: 70105                        421301                    Nissan
                                                                  of Slidell
                                        *INVOICE*              "A Limited Liability Company"
RICKY L SCHUBERT
204 SCOTT DR                            DUPLICATE 1            400 EAST HOWZE BEACH RD.
SLIDELL, LA 70458-1452                  PAGE 2                 SLIDELL, LOUISIANA 70461
                                                                    (985) 643-7600
                                                                www.nissanofslidell.com
HOME:985-645-0539 CONT:985-645-0539
BUS: 504-245-6600 CELL:                 SERVICE ADVISOR:  63320 DALE SHOCKLEY
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| STORM-GRAY | 07 | NISSAN PATHFINDER | 5N1AR18U57C618586 | | 84558/84558 | T2885 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 24MAR07 IS | | | 18:00 14NOV12 | | 109.50 | CASH | 20NOV12 |

| R.O. OPENED | READY | OPTIONS: | ENG:4.0 LITER GAS |
|---|---|---|---|
| 07:17 14NOV12 | 15:40 20NOV12 | | |

```
LINE OPCODE TECH TYPE HOURS                    LIST        NET        TOTAL
     JA011A COMBINATION: WATER COOLED A/T OIL COOLER
            CLEANING & INSPECTON
            137233   WN   0.50
     FC: ZQ32                                                          (N/C)
     PART#: 214609CA2E
     COUNT:
     CLAIM TYPE:    PP
     AUTH CODE:

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE B:     0.00
CUSTOMER PAY DEDUCTIBLE FOR LINE B                                   2500.00
 84558 INTERNAL FAILURE IN RADIATOR COOLER CAUSING TRANSMISSION FLUID
CONTAMINATION. FLUID IS MILKY AND TRANS WAS SLIPPING. TCM HAS SHORTED
CAUSING COMMUNICATIONS ERRORS IN SYSTEM. REPLACED TRANSMISSION,
RADIATOR AND FLUSHED COOLER LINES. CLEARED CODES AND REPLACED BLOWN TCM
FUSE. TEST DROVE. ALL OK. VEHICLE IS UNDER WARRANTY EXTENSION WITH A
2500.00 CUSTOMER CO-PAY. REPLACEMENT HAS A 12MONTH 12000MILE PARTS AND
LABOR WARRANTY THROUGH NISSAN. REF NISSAN N1120122430445
                 ***************************************************
C PERFORM MULTI-POINT INSPECTION,
CAUSE: MPI
     MPI PERFORM MULTI-POINT INSPECTION,
         137233   CN   0.00                                0.00       0.00
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE C:    0.00
                 ***************************************************
CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER                              2.00
```

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 11.95 |
| PARTS AMOUNT | 49.55 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 2488.45 |
| TOTAL CHARGES | 2549.95 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 5.56 |
| PLEASE PAY THIS AMOUNT | 2555.51 |

**IMPORTANT**

Our goal is your complete satisfaction, if for any reason you are not completely satisfied, please contact me immediately. Thank you.

**TERMS: STRICTLY CASH UNLESS ARRANGEMENTS MADE**

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or anywhere for the purpose of testing and/or inspection. An express mechanics's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

ALL PARTS REMOVED WILL BE DISCARDED UNLESS INSTRUCTED OTHERWISE.

NOT RESPONSIBLE FOR LOSS OR DAMAGE TO ARTICLES LEFT IN CARS IN CASE OF FIRE, THEFT OR OTHER CAUSE BEYOND OUR CONTROL. WARRANTY DISCLAIMER. Any warranties on the products sold hereby are those made by the manufacturer. The Seller, NISSAN of Slidell, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose or delay. NISSAN of Slidell neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. This disclaimer by the seller, NISSAN of Slidell in no way affects the terms of the manufacturer's warranty.

☐ SAVE    ☐ DISCARD

**CUSTOMER COPY**

**Rickey or Elizabeth Shubert**
**204 Scott Dr**
Slidell, LA 70458

LA 23??? 

11/20/2012

1817
84-13/654

Pay to the order of: Nittar

$ 2555.51

Two Thousand five hundred fifty five and 51/100 Dollars

JPMorgan Chase Bank, N.A.
Gause Blvd Branch
Slidell, LA 70458

For: radiator, oil chg

Elizabeth Shubert

⑁065400137⑁  6890155519⑁ 1817

TROPICAL WATERS

```
11/20/12 03:45 pm

Nissan of Slidell LLC
4009 E Howze Beach Rd.
Slidell, LA 70461
985-231-0115
```

When you provide a check as payment, you authorize us to use information from your check to process a one-time Electronic Funds Transfer (EFT) or draft drawn from your account, or process the payment as a check transaction. You also authorize us to process credit adjustments, if applicable. If your payment is returned unpaid, you authorize us to collect your payment and the Return Fee amount below by EFT(s) or draft(s) from your account.

ELECTRONIC CHECK

TOTAL SALE AMOUNT    $2555.51

RETURN FEE AMOUNT    $127.78


TRANSACTION NUMBER  344
BATCH NUMBER        095
TRACE NUMBER        140031000002045826078
CHECK NUMBER        1817
APPROVAL CODE       2032



X_____
Check Writer's signature


ELECTRONICALLY DEPOSITED
IT'S SAFE.   IT'S SECURE.
IT'S FROM TELECHECK
QUESTIONS?  Call 1-800-697-9263