January 19, 2013

In Re: Nissan Radiator/Transmission Cooler Litigation, Case No. 10-CV-07493

OBJECTOR: Ward P. Erickson
P.O. Box 1211
Port Angeles, WA 98362
(360) 928-0192

Docket in _____ CV/CR _____
As: Objection
Date: 1/25/13

As of this date, I own a 2007 Nissan Frontier. Vehicle Identification Number is: 1N6AD06W77C445314. Current mileage is: 39,710 miles.

On August 18, 2012, my vehicle lost one quart of coolant. There was no sign of coolant leakage into the engine compartment and no coolant transferred to the reservoir.

On August 22, 2102 (mileage = 38,127 miles), I took the vehicle to the Nissan dealer to have the cooling system checked. The Service Advisor changed my wording from "one quart of coolant" to "a little coolant" on the service order. The dealer replaced the coolant and tested for leaks. (copy of the service order attached.)

I feel that since there was no sign of external leakage of coolant, there is a strong possibility that coolant leaked into the transmission. I feel there is a strong possibility of transmission failure in the future.

The first sign of radiator problems occurred during the sixth year of my ownership. Therefore, I should not have to pay ANY customer co-pay amounts during the eighth and ninth years of extended radiator warranty. (No co-pay during the ten year period.)

*Ward P. Erickson*

WARD P. ERICKSON
January 19, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-13

# WILDER AUTO CENTER

97 Deer Park Dr. - Port Angeles, WA 98362
Phone: (360) 452-9268 - Fax: (360) 457-9336

SERVICE DEPARTMENT HOURS
8:00 a.m. to 5:00 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 8/22/12 | 6009825/1 |
| R/O Close Date | Status |
| 8/22/12 | Pre-Invoice |
| Mileage In | Mileage Out |
| 38127 | 38127 |
| Service Advisor / Tag # ||
| Rick Derrick/4466 ||

WARD P ERICKSON
PO BOX 1211
PORT ANGELES, WA  98362

| Work Phone | Vehicle Identification Number |
|---|---|
|  | 1N6AD06W77C445314 |
| Home Phone | Delivery Date | In-Service Date |
| 360-928-0192 | 4/12/07 |  |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2007 | NISSAN | FRONTIER |  | SILVER | 5161PH |
| N6638 | | | | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| #1 - RWEN: REPAIR WORK-ENGINE MECHANICAL<br>CUSTOMER STATES ENGINE LOST A LITTLE COOLANT ON A<br>MOUNTAIN DRIVE. PRESSURE TEST SYSTEM AND CAP AND A<br>DVISE | |
| Work performed by ED 288             (288) | 31.20 |
| PRESSURIZED SYSTEM. FOUND NO LEAKS AT THIS TIME | |
| Sub Total: 31.20 | |
| #2 - CDF: COOLANT DRAIN AND REFILL: DRAIN COOLING SYSTEM AND<br>    REFILL WITH UP TO ONEGALLON FRESH COOLANT, INSPECT<br>    FOR VISIBLE LEAKS. | |
| Work performed by ED 288             (288) | 52.01 |
| Installed 999MP-AF000P :LONG LIFE ANTIF     1@29.24 | 29.24 |
| DRAINED AND FILLED COOLANT | |
| Sub Total: 81.25 | |

Total Fees Amount

| | |
|---|---|
| LABOR | 83.21 |
| PARTS | 29.24 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | 4.16 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | 9.80 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 126.41 |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the said products. Any limitation contained herein does not apply where prohibited by law.

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2010 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1028