LAW OFFICES

**MEMO ENDORSED**

# KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.

747 CHESTNUT RIDGE ROAD - SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ†*
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN*
MICHAEL L. BRAUNSTEIN
DANIEL B. SCHWARTZ

OF COUNSEL
STEVEN B. ROTHSCHILD
JEFFREY P. ORLAN, P.A., P.C.

*N.Y. & N.J. BAR
†FLA. BAR

(845) 356-2570
FAX # (845) 356-4335
www.kgglaw.com

NEW JERSEY
210 SUMMIT AVE.
MONTVALE, N.J. 07645
(201) 391-7000
FAX # (201) 307-1086

RECEIVED FEB 11 2013
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

February 11, 2013



APPLICATION GRANTED
SO ORDERED _____
VINCENT L. BRICCETTI  2/11/13
U.S.D.J.

The Final Fairness Hearing is adjourned to 4/26/13 at 2:00 pm, on condition that the parties notify any person who has objected to the settlement, or who does object to the settlement, of the adjourned date.

**Via Facsimile Transmission and Regular Mail**
Hon. Vincent L. Briccetti
U.S. Dist. Court, S.D.N.Y.
Federal Bldg. & U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   In Re Nissan Radiator/Transmission Cooler Litigation
      Case No. 10-cv-07493 (VB)

Dear Judge Briccetti:

We represent the plaintiffs and the Class in the above matter. We are writing to discuss the current schedule for the motion for final approval of the settlement, motion for attorneys' fees and expenses, and the final fairness hearing. Prior to the filing of these motions the parties needed to engage in limited additional confirmatory discovery. Unfortunately, this process has taken longer than anticipated and is still ongoing. In fact, a deposition of a defense witness did not proceed until last Wednesday in Nashville, Tennessee. The parties also intend to continue to engage in serious discussions regarding class counsels' attorney fees, an issue which is still contested, and believe additional progress can be made with a short adjustment to the current schedule.

For the above reasons, we respectfully request that the final fairness hearing currently scheduled for March 14, 2013 be adjourned until April 15, 2013, or some other date that is acceptable to the Court. The Notice of Proposed Settlement at paragraph 18 provides for such an adjournment: "The Fairness Hearing may be rescheduled to a later time without further notice. You may, but do not have to, attend the Fairness Hearing(s)." The timing for the filing of the motion for final approval and motion for attorneys' fees and expenses would continue to be guided by paragraph 14 of the Preliminary Approval Order (Doc. No. 77). Defendants have consented to this request.

The parties are available for a conference call if the Court believes it will be helpful.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-13-13

Respectfully submitted,

Gary S. Graifman

GSG/cdc
cc: All Counsel