**MEMO ENDORSED**

LAW OFFICES
# KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 CHESTNUT RIDGE ROAD - SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ†*
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN*
MICHAEL L. BRAUNSTEIN
DANIEL B. SCHWARTZ

OF COUNSEL
STEVEN B. ROTHSCHILD
JEFFREY P. ORLAN, P.A., P.C.

*N.Y. & N.J. BAR
†FLA. BAR

(845) 356-2570
FAX # (845) 356-4335
www.ckglaw.com

NEW JERSEY
210 SUMMIT AVE.
MONTVALE, N.J. 07645
(201) 391-7000
FAX # (201) 307-1086

RECEIVED FEB 7 2013 CHAMBERS OF VINCENT L. BRICCETTI UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT NEW YORK

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/19/13

February 16, 2013

*Via Facsimile Transmission and Regular Mail*

Hon. Vincent L. Briccetti
U.S. Dist. Court, S.D.N.Y.
Federal Bldg. & U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

SO ORDERED:



Hon. Vincent L. Briccetti
United States District Judge   2/19/13

Re:   In Re Nissan Radiator/Transmission Cooler Litigation
Case No. 10-cv-07493 (VB)

Dear Judge Briccetti:

We represent the Lead Plaintiffs and the Class in the above matter and write to confirm the new schedule with regard to submissions based on the new Final Approval Hearing Date of **May 2, 2013** before Your Honor.

Based on the new date of May 2, 2013, the following deadlines flow from the Preliminary Approval Order entered October 9, 2012 ("Prelim. Appr. Order"):

**April 4, 2013**— The Lead Plaintiffs' Submissions in Support of Settlement and Fee Application (28 days prior to hearing. Prelim. Appr. Order, ¶14);

**April 4, 2013**— Filing by the Claims Administrator with the Court of a Declaration that the notice as been completed as per the terms of the Settlement Agreement and Preliminary Approval Order (28 days prior to the hearing Prelim. Appr. Order, ¶5(c));

**April 11, 2013**—Deadline for filing of Objections and Opt Outs (21 days prior to hearing. Prelim. Appr. Order, ¶12);

**April 18, 2013**—Deadline for Lead Plaintiffs and NNA to file Responses to Objections and for NNA's Opposition to Fee Request (14 days prior to hearing. Prelim. Appr. Order, ¶14);

**April 25, 2013**—Deadline for Lead Plaintiffs' Reply on Fee Request Application (7 days prior to hearing. Prelim. Appr. Order, ¶14).

Hon. Vincent L. Briccetti
Page 2
February 16, 2013

    We also will undertake to send a communication to any Class member who has filed an objection about the new final approval hearing time and date and will confirm again in such communication the address of the hearing, including the Courtroom location (e.g., Courtroom 620).

Respectfully submitted,

GARY S. GRAIFMAN

GSG:cc
Cc: All Counsel