*Debra Reynolds*
*433 High View Ranch Drive*
*Cedar Creek, TX. 78612*



February 12, 2013

In Re: Nissan Radiator/Transmission Cooler Litigation, Case no. 10cv07493

Debra Ann Reynolds
433 High View Ranch Drive
Cedar Creek, TX  78612
512-289-0730

Objection to the Settlement

I owned the following vehicle, which I bought used.  Within a month of purchasing this vehicle, I started having the problems of the transmission/radiator issue.  My objection in this case is that Of the mileage of the vehicle.  When I was able to have this vehicle repaired, I had 122,589 miles on the vehicle.  I object to the fact that it must have only 100,000 recorded miles.  This issue cost me in excess of $4000.  I have obtained receipts from the dealer which I took it to upon having the issue and the transmission shop that eventually did the replacement.
As you can see by my attached documentation, I have had multiple problems with this vehicle. All leading to the transmission/radiator issue.  Please consider my objection.  I sunk quite a large sum of money on this vehicle before I finally gave up and sold it.

2005 –
Nissan Frontier LX
S/n: 1N6AD074X5C441168
Mileage at time of repair: 122589

Thank You.

Debra Reynolds
433 High View Ranch Drive
Cedar Creek, TX  78612
512-289-0730

Nissan Radiator/Transmission Cooler Reimbursement Claims Headquarters
P.O. Box 43132
Providence, RI 02940-3132

## NNS



\*\*\*AUTO\*\*SCH 3-DIGIT 786
Claim #: NNS-11216070001   1159215
03-0637256-B
Debra Reynolds
433 High View Ranch Dr
Cedar Creek, TX 78612-4901

**Name/Address Changes (if any):**

First Name _____ Last Name _____

Address _____

City _____ State _____ Zip _____

# Claim Form

For Official Use Only

*In Re: Nissan Radiator/Transmission Cooler Litigation*, Case No. 10-cv-07493

Please return by regular mail to:
Nissan Radiator/Transmission Cooler Reimbursement Claims Headquarters
P.O. Box 43132, Providence, RI 02940-3132
**All claims must be post marked by June 7, 2013.**

## I. Claimant Contact Information

Daytime Telephone Number (512) 289-0730     Email dragonfly0403@hotmail.c

Evening Telephone Number (512) 289-0730

## II. Claimant Verification Information

1. Did you purchase or lease a 2005 – 2010 Nissan Pathfinder, Nissan Frontier, or Nissan Xterra vehicle?   Yes ✓   No ☐

   If so, please provide the following information:

   2005 / FRONTIER
   Year / Model

   | 1 | N | 6 | A | D | 0 | 7 | U | X | 5 | C | 4 | 4 | 1 | 1 | 6 | 8 |

   Vehicle Identification Number

2. Did you pay out of your own pocket for repairs to your vehicle because of cross-contamination of engine coolant and transmission fluid caused by a defect in the radiator?   Yes ✓   No ☐

**If you answered "NO" to question 1 OR question 2, you are not eligible to submit a claim.**

**If you answered "YES" to questions 1 through 2:**

(a) How much did you pay for parts, labor, and towing in connection with the repair?   $ 4,082.11

(b) What was your odometer mileage at the time of repair?   1 2 2 5 8 9  miles

01K12A

NNS_POC_121219

A PLUS TRANSMISSIONS    512-707-7829    p.1



**TRANSMISSION SPECIALISTS**

**Repair Order**

Facility Location:
2425 W. Ben White Blvd. Austin, TX 78704  512-707-1396

### Customer Information

| | | |
|---|---|---|
| Date: 01/18/2010 | Customer Name: REYNLDS, DEBBIE | RO ID: -251785 |
| Address: 433 HIGH VIEW RANCH CEDAR CREEK, null 78612 | | Phone: 512-289-0730 |

### Vehicle Information

| | | | | | |
|---|---|---|---|---|---|
| Year: 2005 | Make: Nissan | Model: Frontier | Eng Size: 4.0 | Trans Type: | Mileage: 122589 |
| VIN: 1N6AD07UX5C441168 | | | License: TX, AFO-6203 | | |

### Inspection
Remove and Dismantle Transmission. Internal Inspection of Transmission Reassemble and Install. The transmission shop Can Operate this Vehicle for Testing and Inspection at my risk.

Signature _____

### Work Authorization
I hereby authorize the repair work to be done along with necessary materials. The transmission shop Can Operate this Vehicle for Testing and Inspection at my risk.

Signature _____

| Service | Comments | Price |
|---|---|---|
| Other | A+ 22 Point Diagnosis Free Diagnostic Service | $ 0.00 |
| A+ Transmission Inspection Service | | $ 585.00 |
| A+ Transmission Reconditioned Transmission Service with a Rebuilt Exchanged Torque Converter | | $ 3,482.11 |
| Credit Inspection Service | | -$ 585.00 |
| Other | See Comments 24 month or 24,000 mile limited local warranty this shop only | $ 0.00 |
| Other | Coupon Discount | -$ 100.00 |
| Rent Car Credit | | -$ 100.00 |
| Other | A PLUS TRANSMISSION INSTALLED A NEW RADIATOR | $ 350.00 |
| Other | A PLUS TRANSMISSION INSTALLED A NEW VALVE BODY. CUSTOMER NEGLECTED TO GO WITH AFTER MARKET | $ 450.00 |
| | Total: | $ 4,082.11 |

| Date | Payment | Amount |
|---|---|---|
| 02/01/2010 | Cash null | $ 4,082.11 |
| | Total Payments: | $ 4,082.11 |
| | Balance Due: | $ 0.00 |

### Completion Certificate
I received the Car Specified Above, and a copy of this repair order.

Signature _____

### Warranty Information
Warranty Papers:

Signature _____

### Notice Pursuant to Section 70.001, Texas Property Code
I am the person or the agent acting on behalf of the person who is obligated to pay for the motor vehicle subject to this repair contract. I understand that this vehicle is subject to repossession in accordance with Section 9.503, Texas Business and Commerce Code, if a written order for payment for repairs of the vehicle is stopped, dishonored because of insufficient funds, no funds, or because the drawer or maker of the order has no account or the account on which it is drawn has been closed.

Signature _____

## COPY

```
JAN 31, 2013  HISTORY - SPECIFIC VEHICLE       Store 07 SERVC01 PORT 5198  3010
-------------------------------------------------------------------------------
| CUSTOMER NAME  DEBBIE REYNOLDS                                              |
|                                              SERIAL NO. 1N6AD07UX5C441168   |
| R.O. NO. 218880     RO.DATE 12/29/2009       DEPT (S,B,P,Q)  S SERVICE      |
| [7 OF 7]    [4 OF 7]  MILEAGE 122307/122307  ADVISOR NO. 4816               |
|-----------------------------------------------------------------------------|
| OPERATION NO.  03NIZ          OP. DESC.  ENGINE MECH DIAG                   |
| SALE TYPE (C/W/I)  C   TECH.NO(S).   4823                                   |
| COMPLAINT   ON START UP SHE HEARS A CLUNK ON RT FT SIDE OF ENGINE AREA      |
|                                                                             |
| CAUSE                                                                       |
|                                                                             |
| CORRECTION FOUND LEFT AND RIGHT ENGINE MOUNT BROKEN REC. REPLACING TO       |
|            CORRECT                                                          |
|-----------------------------------------------------------------------------|
| WARRANTY       CLAIM NO.     OPERATION NO.     CLAIM NO.    OPERATION NO.   |
|                                                                             |
| CAMPAIGN NO.            CAMPAIGN DESC.                                      |
| CAMPAIGN NO.            CAMPAIGN DESC.                                      |
-------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

```
JAN 31, 2013   HISTORY - SPECIFIC VEHICLE        Store 07 SERVC01  PORT 5198  3010
---------------------------------------------------------------------------------
| CUSTOMER NAME   DEBBIE REYNOLDS                                                |
|                                                 SERIAL NO.  1N6AD07UX5C441168  |
|--------------------------------------------------------------------------------|
| R.O. NO. 218880       RO.DATE 12/29/2009        DEPT (S,B,P,Q)   S SERVICE     |
| [7 OF 7]    [2 OF 7]  MILEAGE 122307/122307     ADVISOR NO. 4816               |
|--------------------------------------------------------------------------------|
| OPERATION NO.  14NIZ         OP. DESC.   FRT SUSP DIAG                         |
| SALE TYPE (C/W/I)  C   TECH.NO(S).    4823                                     |
| COMPLAINT   CUSTOMER STATES THAT SHE HEARS A SQUEAK WHEN GOING OVER            |
|             BUMPS FRONT PART OF TRUCK                                          |
| CAUSE       CONFIRMED NOISE FOUND LEFT FRONT BODY MOUNT LOOSE CAUSING          |
|             SQUEAKS OVER BUMPS TIGHTNED BODY MOUNTS TO CORRECT                 |
| CORRECTION                                                                     |
|                                                                                |
|--------------------------------------------------------------------------------|
| WARRANTY     CLAIM NO.   OPERATION NO.      CLAIM NO.   OPERATION NO.          |
|                                                                                |
| CAMPAIGN NO.           CAMPAIGN DESC.                                          |
| CAMPAIGN NO.           CAMPAIGN DESC.                                          |
----------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

```
JAN 31, 2013   HISTORY - SPECIFIC VEHICLE        Store 07 SERVC01  PORT 5198  3010
---------------------------------------------------------------------------------
| CUSTOMER NAME   DEBBIE REYNOLDS                                                |
|                                                 SERIAL NO. 1N6AD07UX5C441168   |
|--------------------------------------------------------------------------------|
| R.O. NO. 218880       RO.DATE 12/29/2009                                       |
| [7 OF 7]   [3 OF 7]   MILEAGE 122307/122307     DEPT (S,B,P,Q)  S SERVICE      |
|                                                 ADVISOR NO. 4816               |
|--------------------------------------------------------------------------------|
| OPERATION NO.  75NIZMERGE       OP. DESC.  MERGED OPERATION                    |
| SALE TYPE (C/W/I)  C   TECH.NO(S).       4823                                  |
| COMPLAINT  ROOF RACK RATTLES ALOT                                              |
|                                                                                |
| CAUSE                                                                          |
|                                                                                |
| CORRECTION TIGHTNED ROOF RACK MOUNTING BOLTS TO CORRECT                        |
|                                                                                |
|--------------------------------------------------------------------------------|
| WARRANTY       CLAIM NO.   OPERATION NO.    CLAIM NO.    OPERATION NO.         |
|                                                                                |
| CAMPAIGN NO.              CAMPAIGN DESC.                                       |
| CAMPAIGN NO.              CAMPAIGN DESC.                                       |
---------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

```
JAN 31, 2013  HISTORY - SPECIFIC VEHICLE       Store 07 SERVC01  PORT 5198  3010
----------------------------------------------------------------------------------
| CUSTOMER NAME  DEBBIE REYNOLDS                                                  |
|                                              SERIAL NO. 1N6AD07UX5C441168       |
|--------------------------------------------------------------------------------|
| R.O. NO. 218880      RO.DATE 12/29/2009                                         |
| [7 OF 7]   [7 OF 7]  MILEAGE 122307/122307   DEPT (S,B,P,Q)  S SERVICE          |
|                                              ADVISOR NO. 4816                   |
|--------------------------------------------------------------------------------|
| OPERATION NO.  18NIZMERGE        OP. DESC.  MERGED OPERATION                    |
| SALE TYPE (C/W/I)  C   TECH.NO(S).    4823                                      |
| COMPLAINT  CUSTOMER REQUEST 4 WHEEL ALIGMNENT                                   |
|                                                                                |
| CAUSE       DUE TO TIME/MILEAGE                                                 |
|                                                                                |
| CORRECTION 4 WHEEL ALIGNMENT COMPLETED                                          |
|                                                                                |
|--------------------------------------------------------------------------------|
| WARRANTY      CLAIM NO.   OPERATION NO.   CLAIM NO.   OPERATION NO.             |
|                                                                                |
| CAMPAIGN NO.            CAMPAIGN DESC.                                          |
| CAMPAIGN NO.            CAMPAIGN DESC.                                          |
----------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

```
JAN 31, 2013  HISTORY - SPECIFIC VEHICLE         Store 07 SERVC01  PORT 5198  3010
-------------------------------------------------------------------------------
| CUSTOMER NAME  DEBBIE REYNOLDS                 SERIAL NO. 1N6AD07UX5C441168  |
|-----------------------------------------------------------------------------|
| R.O. NO. 218880      RO.DATE 12/29/2009        DEPT (S,B,P,Q)  S SERVICE    |
| [7 OF 7]  [1 OF 7]   MILEAGE 122307/122307     ADVISOR NO. 4816             |
|-----------------------------------------------------------------------------|
| OPERATION NO.  15NIZMERGE        OP. DESC.  MERGED OPERATION                |
| SALE TYPE (C/W/I) C   TECH.NO(S).       4823                                |
| COMPLAINT   CUSTOMER STATES WHEN DRIVING UP HILL ABOUT 40MPH SOMETIMES      |
|             AT 60MPH SHE FEELS A SHIMMY                                     |
| CAUSE       CONFIRMED COMPLAINT ON INSPECTION FOUND LEFT FRONT WHEEL        |
|             BEARING/HUB WORN REC. REPLACING OF BEARING AND HUB TO CORREC    |
| CORRECTION  REPLACED HUB AND BEARING                                        |
|                                                                             |
|-----------------------------------------------------------------------------|
| WARRANTY      CLAIM NO.   OPERATION NO.     CLAIM NO.   OPERATION NO.       |
|                                                                             |
| CAMPAIGN NO.            CAMPAIGN DESC.                                      |
| CAMPAIGN NO.            CAMPAIGN DESC.                                      |
-------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

```
JAN 31, 2013   HISTORY - SPECIFIC VEHICLE        Store 07 SERVC01   PORT 5198   3010
-----------------------------------------------------------------------------------
| CUSTOMER NAME   DEBBIE REYNOLDS                                                 |
|                                                 SERIAL NO. 1N6AD07UX5C441168    |
|---------------------------------------------------------------------------------|
| R.O. NO. 219111        RO.DATE 01/04/2010       DEPT (S,B,P,Q)  S SERVICE       |
| [6 OF 7]  [1 OF 4]    MILEAGE 122539/122539     ADVISOR NO. 4816                |
|---------------------------------------------------------------------------------|
| OPERATION NO.  03NIZMERGE         OP. DESC.   MERGED OPERATION                  |
| SALE TYPE (C/W/I)  C   TECH.NO(S).      4823                                    |
| COMPLAINT  CUSTOMER STATES CHECK ENGINE LIGHT IS ON -- CHECK AND ADVISE         |
|                                                                                 |
| CAUSE       FOUND MULTIPLE CODES STORED IN TRANSMISSION ALL CODES POINT         |
|             TO MECHANICAL FAILURE SOLENOIDS STICKING DUE TO MILEAGE REC.        |
| CORRECTION  REC. REPLACING TRANSMISSION ASSEMBLY TO CORRECT                     |
|                                                                                 |
|---------------------------------------------------------------------------------|
| WARRANTY       CLAIM NO.    OPERATION NO.      CLAIM NO.   OPERATION NO.        |
|                                                                                 |
| CAMPAIGN NO.                CAMPAIGN DESC.                                      |
| CAMPAIGN NO.                CAMPAIGN DESC.                                      |
-----------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

```
JAN 31, 2013  HISTORY - SPECIFIC VEHICLE      Store 07 SERVC01  PORT 5198  3010
---------------------------------------------------------------------------------
| CUSTOMER NAME  DEBBIE REYNOLDS                                                |
|                                                SERIAL NO. 1N6AD07UX5C441168   |
|-------------------------------------------------------------------------------|
| R.O. NO. 224439     RO.DATE 04/17/2010         DEPT (S,B,P,Q)  S SERVICE      |
| [5 OF 7]   [1 OF 3]  MILEAGE 129319/129319     ADVISOR NO. 4816               |
|-------------------------------------------------------------------------------|
| OPERATION NO. 01NIZ01           OP. DESC.   *3750 INTERVAL SERV               |
| SALE TYPE (C/W/I)  C   TECH.NO(S).     259                                    |
| COMPLAINT   CUSTOMER REQUESTS OIL AND FILTER CHANGE                           |
|                                                                               |
| CAUSE       DUE TO TIME AND MILEAGE                                           |
|                                                                               |
| CORRECTION  PERFORMED OIL AND FILTER CHANGE                                   |
|                                                                               |
|-------------------------------------------------------------------------------|
| WARRANTY      CLAIM NO.   OPERATION NO.   CLAIM NO.   OPERATION NO.           |
|                                                                               |
| CAMPAIGN NO.            CAMPAIGN DESC.                                        |
| CAMPAIGN NO.            CAMPAIGN DESC.                                        |
---------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

```
JAN 31, 2013  HISTORY - SPECIFIC VEHICLE       Store 07 SERVC01  PORT 5198  3010
--------------------------------------------------------------------------------
| CUSTOMER NAME  DEBBIE REYNOLDS                                                |
|                                              SERIAL NO.  1N6AD07UX5C441168    |
|-------------------------------------------------------------------------------|
| R.O. NO. 224439       RO.DATE 04/17/2010     DEPT (S,B,P,Q)  S SERVICE        |
| [5 OF 7]    [2 OF 3]  MILEAGE 129319/129319  ADVISOR NO. 4816                 |
|-------------------------------------------------------------------------------|
| OPERATION NO.  01NIZMERGE      OP. DESC.  MERGED OPERATION                    |
| SALE TYPE (C/W/I)  C   TECH.NO(S).        259                                 |
| COMPLAINT   ROTATE AND BALANCE TIRES                                          |
|                                                                               |
| CAUSE       CUSTOMER REQUEST                                                  |
|                                                                               |
| CORRECTION  ROTATED AND BALANCED TIRES                                        |
|                                                                               |
|-------------------------------------------------------------------------------|
| WARRANTY      CLAIM NO.   OPERATION NO.    CLAIM NO.    OPERATION NO.         |
|                                                                               |
| CAMPAIGN NO.              CAMPAIGN DESC.                                      |
| CAMPAIGN NO.              CAMPAIGN DESC.                                      |
--------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

```
JAN 31, 2013  HISTORY - SPECIFIC VEHICLE        Store 07 SERVC01  PORT 5198  3010
--------------------------------------------------------------------------------
| CUSTOMER NAME  DEBBIE REYNOLDS              SERIAL NO. 1N6AD07UX5C441168     |
|-----------------------------------------------------------------------------|
| R.O. NO. 231497      RO.DATE 08/30/2010     DEPT (S,B,P,Q)  S SERVICE       |
| [4 OF 7]   [1 OF 1]  MILEAGE 139957/139957  ADVISOR NO. 4816                |
|-----------------------------------------------------------------------------|
| OPERATION NO.  20NIZMERGE        OP. DESC.  MERGED OPERATION                |
| SALE TYPE (C/W/I)  C   TECH.NO(S).     5262                                 |
| COMPLAINT  DRIVER SIDE WINDOW NOT WORKING                                   |
|                                                                             |
| CAUSE                                                                       |
|                                                                             |
| CORRECTION INSTALLED DRIVER SIDE WINDOW MOTOR AND REGULATOR                 |
|                                                                             |
|-----------------------------------------------------------------------------|
| WARRANTY       CLAIM NO.   OPERATION NO.   CLAIM NO.   OPERATION NO.        |
|                                                                             |
| CAMPAIGN NO.              CAMPAIGN DESC.                                    |
| CAMPAIGN NO.              CAMPAIGN DESC.                                    |
--------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

```
JAN 31, 2013  HISTORY - SPECIFIC VEHICLE         Store 07 SERVC01  PORT 5198  3010
-----------------------------------------------------------------------------------
| CUSTOMER NAME   DEBBIE REYNOLDS                SERIAL NO. 1N6AD07UX5C441168     |
|---------------------------------------------------------------------------------|
| R.O. NO. 238412      RO.DATE 01/10/2011        DEPT (S,B,P,Q)  Q QUICK SERV     |
| [3 OF 7]   [1 OF 1]  MILEAGE 147778/147778     ADVISOR NO. 5211                 |
|---------------------------------------------------------------------------------|
| OPERATION NO.  77NIZMERGE       OP. DESC.   MERGED OPERATION                    |
| SALE TYPE (C/W/I)  W   TECH.NO(S).      5289                                    |
| COMPLAINT   RECALL CAMPAIGN ECM RELAY #PC068                                    |
|                                                                                 |
| CAUSE      SAFETY CAMPAIGN ECM RELAY                                            |
|                                                                                 |
| CORRECTION REPLACE ECM RELAY                                                    |
|                                                                                 |
|---------------------------------------------------------------------------------|
| WARRANTY      CLAIM NO.    OPERATION NO.    CLAIM NO.    OPERATION NO.          |
|               238412-01    PC0680                                               |
|                                                                                 |
| CAMPAIGN NO.               CAMPAIGN DESC.                                       |
| CAMPAIGN NO.               CAMPAIGN DESC.                                       |
-----------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

```
JAN 31, 2013   HISTORY - SPECIFIC VEHICLE       Store 07 SERVC01  PORT 5198  3010
---------------------------------------------------------------------------------
| CUSTOMER NAME   DEBBIE REYNOLDS                SERIAL NO. 1N6AD07UX5C441168    |
|-------------------------------------------------------------------------------|
| R.O. NO. 249954      RO.DATE 08/05/2011        DEPT (S,B,P,Q)  S  SERVICE     |
| [2 OF 7]   [1 OF 3]  MILEAGE 16438/16438       ADVISOR NO. 4672               |
|-------------------------------------------------------------------------------|
| OPERATION NO.  04NIZMERGE        OP. DESC.   MERGED OPERATION                 |
| SALE TYPE (C/W/I)  C   TECH.NO(S).     5289                                   |
| COMPLAINT   CUSTOMER STATES 2 HOSES LOOSE @ FIREWALL ON PASSANGER SIDE.       |
|             SPRAYING COOLANT.                                                 |
| CAUSE       HOSES BROKE OFF CAUSING VEHICLE TO OVER HEAT.                     |
|                                                                               |
| CORRECTION  NEED TO REPLACE HEATER HOSES,THERMOSTAT,COOLANT TEMP SENSOR       |
|             AND PERFORM COOLANT FLUSH.. CUSTOMER TURNED DOWN ALL WORK.        |
|-------------------------------------------------------------------------------|
| WARRANTY        CLAIM NO.    OPERATION NO.    CLAIM NO.    OPERATION NO.      |
|                                                                               |
| CAMPAIGN NO.                 CAMPAIGN DESC.                                   |
| CAMPAIGN NO.                 CAMPAIGN DESC.                                   |
---------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

```
JAN 31, 2013  HISTORY - SPECIFIC VEHICLE      Store 07 SERVC01  PORT 5198  3010
-------------------------------------------------------------------------------
| CUSTOMER NAME  DEBBIE REYNOLDS                                               |
|                                               SERIAL NO. 1N6AD07UX5C441168   |
|------------------------------------------------------------------------------|
| R.O. NO. 250673      RO.DATE 08/16/2011                                      |
| [1 OF 7]   [1 OF 3]  MILEAGE 162726/162726    DEPT (S,B,P,Q)  S SERVICE      |
|                                               ADVISOR NO. 4672               |
|------------------------------------------------------------------------------|
| OPERATION NO.  08NIZ         OP. DESC.  CHARGING SYS DIAG                    |
| SALE TYPE (C/W/I)  C   TECH.NO(S).    5289                                   |
| COMPLAINT   CUSTOMER STATES THAT THE CRANK POSITION SENSOR NEEDS TO BE       |
|             REPLACED.                                                        |
| CAUSE       P0335 CRANK SENSOR READING BAD TRACK, NOT STARTING.              |
|                                                                              |
| CORRECTION  REPLACED SENSOR TO FIX PROBLEM.                                  |
|                                                                              |
|------------------------------------------------------------------------------|
| WARRANTY       CLAIM NO.   OPERATION NO.    CLAIM NO.   OPERATION NO.        |
|                                                                              |
| CAMPAIGN NO.              CAMPAIGN DESC.                                     |
| CAMPAIGN NO.              CAMPAIGN DESC.                                     |
-------------------------------------------------------------------------------
(1=COMMENTS)(2=RECOMMENDATIONS)(3=CCC SCREEN)(E=ENTER)(JOB#)(P=PRINT)(TAB)
```

Case 7:10-cv-07493-VB   Document 85   Filed 02/19/13   Page 16 of 16

```
TO        7CHRISTINA                                                    1 OF 1
FROM      7JOHNM
SUBJECT   Re:
DATE      10:00AM CST    31 JAN 2013
---------------------------------------------------------------------------
| CALL 1-800-258-7008 OPT 7                                               |
| TELL THEM YOU ARE FROM 2608 AND WANT THAT VIN UNARCHIVED                |
| Reply to message from 7CHRISTINA                                        |
| Date - 09:58AM CST   31 JAN 2013                                        |
| To: 7JOHNM                                                              |
| HELLO DEAR SIR,                                                         |
|                                                                         |
|                                                                         |
| COULD YOU PLEASE UNARCHIVE THE FOLLOWING VIN FOR ME:                    |
|                                                                         |
| 3N1BB51D11L496830                                                       |
|                                                                         |
|                                                                         |
| THANK YOU AND HAVE A FABULOUS DAY!                                      |
---------------------------------------------------------------------------
                                                                   More--->
(B=BACK)(R=REPLY)(F=FORWARD)(D=DELETE)(N=NEXT)(P=PRINT)(U=UP)(L=LIST)
```