AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| In Re Nissan Radiator/Transmission Cooler Litigaiton | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10-CV-07493(VB) |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Objectors Jay Domenic and David Russell

Date:   02/21/2013

*Attorney's signature*

Kenneth A. Zitter (KAZ-3195)
*Printed name and bar number*

260 Madison Avenue, 18th Floor
New York, NY 10016
*Address*

KZitter@aol.com
*E-mail address*

(212) 532-8000
*Telephone number*

(212) 679-8998
*FAX number*