LAW OFFICES

# KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ†*
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN*
MICHAEL L. BRAUNSTEIN
DANIEL B. SCHWARTZ

OF COUNSEL
STEVEN B. ROTHSCHILD
JEFFREY P. ORLAN, P.A., P.C.

*N.Y. & N.J. BAR
†FLA. BAR

747 CHESTNUT RIDGE ROAD - SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216

(845) 356-2570
FAX # (845) 356-4335
www.kgglaw.com

NEW JERSEY
210 SUMMIT AVE.
MONTVALE, N.J. 07645
(201) 391-7000
FAX # (201) 307-1086

April 3, 2013

**Via Facsimile Transmission**

Hon. Vincent L. Briccetti
U.S. Dist. Court, S.D.N.Y.
Federal Bldg. & U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI  4/3/13
U.S.D.J.

Re:   In Re Nissan Radiator/Transmission Cooler Litigation
      Case No. 10-cv-07493 (VB)

Dear Judge Briccetti:

I am writing pursuant to my request to Chambers with regard to the Plaintiffs' papers in support of Final Approval of the Class Action Settlement that are to be submitted by Plaintiffs in the above reference class action. On Thursday, April 4, 2013 Plaintiffs plan to file two briefs which are in support of the settlement and certification of the settlement class and in support of the application for an award of counsel fees and reimbursement of expenses. In the first brief, the Plaintiffs will discuss the multi-factor test as to why the settlement is fair and reasonable. In the second part of that same brief, Plaintiffs plan to address the factors as to why the settlement class should be certified. These are essentially two separate issues with multi-factor tests that will be combined into one brief. Therefore, Plaintiffs request that they be given leave to file a brief no more than 35 pages in 12 point font. Similarly, with regard to the brief in support of counsel fees and reimbursement of expenses, that standard also entails a significant multi-part test which requires discussion of each of the factors as well as discussion of the background and procedural history. We are requesting that Plaintiff be given leave to file the brief of no more than 35 page in 12 point font.

Defendants do not oppose this application.

Respectfully submitted,

Gary S. Graifman

GSG/cdc
cc: All Counsel