**MEMO ENDORSED**

## LAW OFFICES
## KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 CHESTNUT RIDGE ROAD - SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ†*
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN*
MICHAEL L. BRAUNSTEIN
DANIEL B. SCHWARTZ

OF COUNSEL
STEVEN B. ROTHSCHILD
JEFFREY P. ORLAN, P.A., P.C.

*N.Y. & N.J. BAR
†FLA. BAR

(845) 356-2670
FAX # (845) 356-4335
www.kgglaw.com

NEW JERSEY
210 SUMMIT AVE.
MONTVALE, N.J. 07645
(201) 391-7000
FAX # (201) 307-1086

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-13

RECEIVED
APR 2013
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

April 4, 2013

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI
U.S.D.J.   4/4/13  GG

**Via Facsimile Transmission**

Hon. Vincent L. Briccetti
U.S. Dist. Court, S.D.N.Y.
Federal Bldg. & U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **In Re Nissan Radiator/Transmission Cooler Litigation**
Case No. 10-cv-07493 (VB)

Dear Judge Briccetti:

I am writing pursuant to my discussion with Chambers this afternoon with Counsel for Defendant, David Covey, Esq., requesting that the papers in support of final approval of settlement due by the end of today be ECF-filed instead on or before Saturday, April 6, 2013. This short delay was engendered as a result of the need to provide Defendants with advance copies of some of the papers to obtain comments and delay in that one of Plaintiffs' counsel, being Orthodox, was unavailable until the end of Passover this week.

As a result, the parties have agreed, subject to Court approval that the Plaintiffs' papers in support of the settlement would be ECF-filed on Saturday, April 6, 2013. No other change in the schedule would need to take place (including keeping the final approval hearing on for May 2nd, as previously scheduled). It might have been possible to file these papers tomorrow except for the additional fact that, unfortunately, my aunt died this morning and the funeral is tomorrow at 12:45 p.m. in Queens, New York and it would be difficult to estimate when I would be able to get back to my office to finalize the papers after receiving Defendant's Counsels' comments.

Accordingly, we respectfully request leave to ECF-file the Plaintiffs' papers in support of the settlement on or before Saturday, April 6, 2013.

Respectfully submitted,

Gary S. Graifman

GSG/cdc
cc: All Counsel