LAW OFFICES
# KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 CHESTNUT RIDGE ROAD - SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ*†
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN†
MICHAEL L. BRAUNSTEIN
DANIEL B. SCHWARTZ

OF COUNSEL
STEVEN B. ROTHSCHILD
JEFFREY P. ORLAN, P.A., P.C.

*N.Y. & N.J. BAR
†FLA. BAR

(845) 356-2570
FAX # (845) 356-4335
www.kgglaw.com

210 SUMMIT AVE.
MONTVALE, N.J. 07645
(201) 391-7000
FAX # (201) 307-1086

**MEMO ENDORSED**

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI  4/16/13
U.S.D.J.

*No further extensions will be granted.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/13

RECEIVED
APR 16 2013
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

April 16, 2013

*Via Facsimile Transmission and Regular Mail*

Hon. Vincent L. Briccetti
U.S. Dist. Court, S.D.N.Y.
Federal Bldg. & U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

  Re: In Re Nissan Radiator/Transmission Cooler Litigation
    Case No. 10-cv-07493 (VB)

Dear Judge Briccetti:

  We represent the Lead Plaintiffs and the Class in the above matter and write on behalf of both Plaintiffs and Defendants in the within action. The date for Defendants to file their Opposition to Plaintiffs' motion for an award of attorneys fees and for the filing of Responses to Objections is this Thursday, April 18, 2013. The parties are respectfully requesting that the date for filing the above-mentioned submissions be adjourned to Saturday, April 20, 2013, at which time they will be ECF-Filed.

  As Your Honor may recall, the deadline for the filing of Plaintiffs' initial papers in Support of the Class Action Settlement and in Support of the Motion for an award of attorneys fees, reimbursement of expenses and for incentive awards, was similarly adjourned for two days to April 6th. By getting the two additional days to Saturday, April 20th, Defendants would be getting the full two weeks originally contemplated under the schedule. We also believe it makes sense to coordinate the other filings on the same date and request the adjournment for the Reponses to Objections be for the same date, Saturday, April 20th.

Hon. Vincent L. Briccetti
Page 2
April 16, 2013

Plaintiffs would also request that their reply to the Defendants' opposition to the motion for an award of attorneys fees, currently due April 25th, be adjourned one day to Friday, April 26th since the Plaintiffs will receive Defendant's opposition to its application on Saturday, April 20th.

The parties are not suggesting a change to the Hearing Date, which is set for May 2nd.

Respectfully submitted,

s/ Gary S. Graifman
GARY S. GRAIFMAN

GSG:cc
cc: All Counsel