LAW OFFICES

# KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.

747 CHESTNUT RIDGE ROAD - SUITE 200

CHESTNUT RIDGE, NEW YORK 10977-6216

(845) 356-2570

FAX # (845) 356-4335

www.kgglaw.com

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ†*
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN*
MICHAEL L. BRAUNSTEIN
DANIEL B. SCHWARTZ

OF COUNSEL
STEVEN B. ROTHSCHILD
JEFFREY P. ORLAN, P.A., P.C.

*N.Y. & N.J. BAR
†FLA. BAR

NEW JERSEY
210 SUMMIT AVE.
MONTVALE, N.J. 07645
(201) 391-7000
FAX # (201) 307-1088



April 25, 2013

**Via Facsimile Transmission**

Hon. Vincent L. Briccetti
U.S. Dist. Court, S.D.N.Y.
Federal Bldg. & U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED _____
VINCENT L. BRICCETTI  4/25/13
U.S.D.J.

Re:  In Re Nissan Radiator/Transmission Cooler Litigation
     Case No. 10-cv-07493 (VB)

Dear Judge Briccetti:

I am writing pursuant to my request to Chambers with regard to the Plaintiffs' reply brief in further support of the currently contested Motion for Approval of Attorneys Fees and Reimbursement of Expenses which is to be submitted by Plaintiffs in the above reference class action.

Plaintiffs respectfully request that they be given leave to file a brief no more than 17 pages in 12 point font. We request 17 pages as Plaintiffs must respond to Defendant's extensive factual discussion, at variance with the one set forth in Plaintiffs' brief and to Defendant's calculations and valuation of the Settlement, as well as the criticisms of counsel's legal work and lodestar as well as distinguishing the case law discussed by Defendant.

We have discussed this application with Defendant's counsel and they consent to this application for the page enlargement.

Respectfully submitted,

Gary S. Graifman

GSG/cdc
cc: All Counsel