UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



--------------------------------------------------------x

IN RE NISSAN RADIATOR/TRANSMISSION    :     **FINAL**
COOLER LITIGATION                     :     **APPROVAL ORDER**
                                      :
                                      :     10 CV 7493 (VB)
                                      :

--------------------------------------------------------x

     Having considered the Joint Motion for Final Approval (the "Motion") of the Settlement

between the Representative Plaintiffs William Szymczak, Stefan Schuele, Kim Dreher, Mario

Lopez, Melanie Rivera, Katrina Boyd, Angela Greathouse, Cornelius Jackson, David Simons,

Anne Stewart, David Johnson, Phyllis Johnson and Tim McElroy and Nissan North America,

Inc. ("NNA"); having held a fairness hearing on May 2nd, 2013; having considered all of the

submissions and arguments with respect to the Motion; and having provisionally certified, by the

Court's prior Preliminary Approval Order dated October 9, 2012 (the "Preliminary Approval

Order"), a Settlement Class pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil

Procedure; and the Court being fully advised in the premises, the Court finds and orders as

follows:

    1.    The Court confirms its previous preliminary findings in the Preliminary Approval

Order, and finds that the Litigation satisfies the applicable prerequisites for class action treatment

under FED. R. CIV. P 23(a) and 23 (b)(3). The Class or Settlement Class as defined in Paragraph

30 of the Settlement Agreement and also defined below is so numerous that joinder of all

members is not practicable, questions of law and fact are common to the Settlement Class, the

claims of the Settlement Class Representatives are typical of the claims of the Settlement Class

and the Settlement Class Representatives will fairly and adequately protect the interests of the

Settlement Class. Questions of law and fact common to the members of the Settlement Class

predominate over any questions affecting only individual members.

2.      Notice to the Settlement Class required by Rule 23(e) of the Federal Rules of Civil Procedure has been provided in accordance with the Court's Preliminary Approval Order, by mailing such Notice by first-class mail. The Claims Administrator, Kurtzman Carson Consultants, LLC, also placed the Notice on its website. In addition, NNA placed the Notice on its website Nissanassist.com. Thus, notice has been given in an adequate and sufficient manner, constitutes the best notice practicable under the circumstances, and satisfies all requirements of Rule 23(e) and due process.

3.      In accordance with the requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, the Claims Administrator caused to be mailed a copy of the proposed class action settlement and all other documents required by law to the Attorney General of the United States and the Attorneys General in each of the jurisdictions where class members reside. None of the Attorneys General filed objections to the Settlement.

4.      The Settlement was a result of arm's-length negotiation by experienced counsel with an understanding of the strengths and weaknesses of their respective cases. Among the factors that they considered are those set forth in the Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement. The Parties have agreed to the Settlement without any admission of wrongdoing and to avoid further expense, uncertainty, inconvenience, and interference with their ongoing business. As part of this litigation, Interim Co-Lead Counsel has conducted a detailed investigation of the facts and analyzed the relevant legal issues. Although the Representative Plaintiffs and Interim Co-Lead Counsel believe that the claims asserted in the Complaint have merit, they also have examined the benefits to be obtained under the Settlement compared to the costs, risks, and delays associated with the continued litigation of these claims.

5.    The Court finds that the Settlement is fair, reasonable, and adequate in light of the complexity, expense, and duration of litigation and the risks involved in establishing liability, damages, and in maintaining the class action through trial and appeal.

6.    Future repairs through authorized NNA dealers, if and as needed, on the radiator assembly and other damaged components (including the transmission) in Class Vehicles because of cross-contamination of engine coolant and transmission fluid as a result of a defect in the radiator up to a maximum of 10 years or 100,000 miles, whichever is less, subject to the deductibles described in Paragraph 41 of the Agreement and reimbursement for previous repairs to the radiator and other damaged components (including the transmission) because of cross-contamination of engine coolant and transmission fluid as a result of a defect in the radiator between 8 years or 80,000 miles, whichever is less, and 10 years or 100,000 miles, whichever is less, subject to the deductibles described in Paragraph 41 of the Agreement, constitutes fair value given in exchange for the release of the claims of the Settlement Class. The Court finds that the consideration to be provided under the Settlement is reasonable considering the facts and circumstances of this case, the types of claims and defenses asserted in the Litigation, and the risks associated with the continued litigation of these claims. There are approximately 1.5 million class members identified for purposes of notice for 764, 277 Class Vehicles.

7.    The Parties and Settlement Class Members have irrevocably submitted to the exclusive jurisdiction of this Court for any suit, action, proceeding or dispute arising out of Settlement.

8.    It is in the best interests of the Parties and the Settlement Class Members and consistent with principles of judicial economy that any dispute between any Settlement Class Member (including any dispute as to whether any person is a Settlement Class Member) and any

3

Released Party which in any way relates to the applicability or scope of the Settlement Agreement or this Final Judgment and Order of Dismissal should be presented exclusively to this Court for resolution by this Court.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

9.     The Court certifies a Settlement Class consisting of the following: All former and current owners and lessees of a 2005-2010 model year Nissan Pathfinder, Nissan Xterra or Nissan Frontier vehicles (the "Class Vehicles") in the United States and its territories, including Puerto Rico, excluding fleet and governmental purchasers and lessees. Excluded from the Settlement Class are those persons or entities that validly and timely elected exclusion from the Settlement Class under the conditions and procedures as described by the Court's Preliminary Approval Order, as described in Exhibit A and subsequent orders of this Court extending the time for submission of exclusion from the Class annexed hereto.

10.     The Settlement Agreement submitted by the Parties is finally approved pursuant to Rule 23(e) of the Federal Rules of Civil Procedure as fair, reasonable, adequate, and in the best interests of the Settlement Class. The Parties are directed to perform all obligations under the Settlement Agreement in accordance with its terms. The Parties and each person within the definition of the Settlement Class are hereby bound by the terms and conditions of the Settlement Agreement, except for those who have duly excluded themselves.

11.     The Action is hereby dismissed, with prejudice and without costs. This Judgment has been entered without any admission by any Party as to the merits of any allegation in this Action and shall not constitute a finding of either fact or law as to the merits of any claim or defense asserted in the Litigation.

4

12.    The Released Claims are hereby finally compromised, settled, released, discharged, and dismissed with prejudice against the Released Parties by virtue of the proceedings herein and this Final Judgment and Order of Dismissal.

13.    Members of the Settlement Class and their successors and assigns are hereby permanently barred and enjoined from asserting, commencing, prosecuting or continuing to prosecute, either directly or indirectly, any Released Claim against any one of the Released Parties in any forum, with the exception of (i) any Class Members who have duly excluded themselves and (ii) those Class Members with appropriate contemporaneous documentation from an automotive repair or service center, odometer disclosure statement, or government agency establishing that, on the date by which notice was given under the Preliminary Approval Order the class members' vehicle had more than 100,000 miles.

14.    The Court approves an award of $5,000 to each of the Plaintiffs (Plaintiffs David and Phyllis Johnson shall be deemed to be one for purposes of this Paragraph): William Szymczak, Stefan Schuele, Kim Dreher, Mario Lopez, Melanie Rivera, Katrina Boyd, Angela Greathouse, Cornelius Jackson, David Simons, Anne Stewart, David and Phyllis Johnson, and Tim McElroy as a reasonable payment for his, her, or their efforts, expenses and risk as Plaintiffs in bringing this action, which shall be paid by NNA as provided in the Settlement Agreement.

15.    The law firms of Stull, Stull & Brody, Kantrowitz Goldhamer & Graifman, P.C., and Mazie, Slater, Katz and Freeman, LLC., previously appointed as Interim Co-Lead Counsel for the putative class by Order dated May 16, 2012 (Dkt. No. 58) are hereby confirmed as Co-Lead Class Counsel for the Settlement Class hereunder.   The Court approves an award of $ 1,620,000.00 to Class Counsel as reasonable payment for attorneys' fees, costs and expenses, which shall be paid by NNA as provided in the Settlement Agreement.

16.     Without affecting the finality of this judgment, the Court's retained jurisdiction of this Settlement also includes the administration and consummation of the Settlement. In addition, without affecting the finality of this judgment, the Court retains exclusive jurisdiction of, and the Parties and all Settlement Class Members are hereby deemed to have submitted irrevocably to the exclusive jurisdiction of this Court for, any suit, action, proceeding or dispute arising out of or relating to this Order, the Settlement Agreement, or the Applicability of the Settlement Agreement. Without limiting the generality of the foregoing, any dispute concerning the Settlement Agreement, including, but not limited to, any suit, action, arbitration or other proceeding by a Class Member in which the provisions of the Settlement Agreement are asserted as a defense in whole or in part to any claim or cause of action or otherwise raised as an objection, shall constitute a suit, action or proceeding arising out of or relating to this Order. Solely for purposes of such suit, action or proceeding, to the fullest extent possible under applicable law, the Parties hereto and all persons within the definition of the Settlement Class are hereby deemed to have irrevocably waived and agreed not to assert, by way of motion, as a defense or otherwise, any claim or objection that they are not subject to the jurisdiction of this Court, or that this Court is, in any way, an improper venue or an inconvenient forum.

17.     The Objection[s] filed are hereby [denied].

18.     The Court finds that no just reason exists for delay in entering this Final Judgment and Order of Dismissal. Accordingly, the Clerk is hereby directed to enter final judgment.

IT IS SO ORDERED.

Dated: _5/30/13_
White Plains, NY

HON. VINCENT L. BRICCETTI , U.S.D.J.

6

# EXHIBIT A

**KCC Class Action Services**
*In re: Nissan Radiator/Transmission Cooler Litigation*
Exclusions
04/16/2013

Count:        197

| Last Name | First Name |
| --- | --- |
| ANGELO | PAUL |
| BAHORIK | CLAUDIA J |
| BAKER | EDWARD J |
| BEGALMAN | TREVERIS I |
| BERTHIAUME | BARBARA J |
| BILLMAN | LENORE N |
| BLANCHETTE | DANIEL E |
| BONE | ANTHONY J |
| BOUDREAUX | JOHN H |
| BRADLEY | DOUGLAS J |
| BROEMSEN | SHARON D |
| BROWN | HUNTER L |
| BROWN | SHARON M |
| BUCHANAN | CALEB |
| BUFFINGTON | ANITA G |
| BURKS | LEONARD W |
| BUTI | CHRISTOPHER K |
| BYRNE | JENNIFER |
| CALDWELL | KIMBERLY N |
| CARR | RODNEY J |
| CAVE | EVAN |
| CHADWICK | DAVID E |
| CHAN | DARYL |
| CHRISTY | DOUGLAS J |
| CHUNG | HEATHER R |
| CISSELL | TINA |
| CLAFLIN | ROBYN L |
| CLARK | LARRY H |
| CLARK | NAEEMAH |
| COLEMAN | CRAIG F |
| COMINI | EDWARD E |
| CONSOLIDATED METAL TECHNOLOGIE | |
| COOMBS | JOHN |
| CORMIER | ERNEST J |
| CORRAL | MARIA L |
| CRAWFORD | SHELBY |
| CUSANO | MATTHEW W |
| DANESCU | RYAN R |
| DAVIES | CARA E |
| DEAN | GREGORY W |
| DEBACA | C |
| DEBBAN | KENNETH E |
| DELGADO AGUILAR | MIGUEL A |
| DERRICO | PHILIP A |
| DICLERICO | DOMENIC J |
| DODSON | GREGORY M |
| DOUGLAS | WILLIAM |
| DUPUIS | GLENN M |
| DUPUIS | MARY J |
| EDMONDSON | ROBERT A |

| | |
|---|---|
| ELIASON | JOHN P |
| ELLINGTON | WILLIAM H |
| ENRIQUEZ OROZCO | BLANCA |
| ERICKSON | OWEN B |
| ERNST | DWAYNE K |
| ERVIN | JOHN C |
| ESCALANTE | WILBERTH F |
| EWRY | NANCY J |
| FAWCETT | KEITH A |
| FERRIN | CHERYL A |
| FISCHER | LINDA E |
| FISH | RONALD S |
| FOWLER | RAYMOND |
| FOX | DONNA M |
| FRAME | KANDY J |
| FRANCISCO | JAIME Q |
| FRANKS | AARON R |
| FRIIS | JAKOB N |
| FULCHER | ROBERT |
| GARRETT | GRAY |
| GARSIDE | IAN D |
| GAUME | KENNETH C |
| GEE | ANGELITA |
| GIBBS | RUSSELL H |
| GINNETT | ROGER J |
| GIOVANNELLI | ROY G |
| GONZALES | CYNTHIA J |
| GORDON | KENYA J |
| GRAFFORD | KYLE G |
| GRIGGS | DEBRA M |
| GUZMAN | CELESTE M |
| HABERERN | DANNY |
| HANKINS | JAMES |
| HANSON | DANA R |
| HARNER | DON E |
| HARRELL | TIM |
| HARRISON | JOE |
| HENIN | NAZIH W |
| HENRY | CARMEN A |
| HENSON | EILEEN L |
| HOBBS | CHARLES C |
| HOLLAND | KYMBERLEE R |
| HOLSTIEN | EDWIN L |
| HUNT | ROBERT J |
| HUTT | CYNTHIA |
| IRVING | KIMBERLY E |
| JABLONSKI | DANIEL |
| JAIME | BLANCA V |
| JAMISON | JOHN S |
| JENSEN | CHARLES C |
| JENSEN | MICHAEL L |
| JOHNSON | PAMELA S |
| KAMINSKY | PIXIE |
| KENYON | DANIEL A |
| KITKO | FREDERICK N |
| KLING | CHARLES W |
| KOFFORD | DON |
| LACAVERA | DAVID M |

| | |
|---|---|
| LACY | JAMES W |
| LAFOND | RAYMOND F |
| LANZA | WILLIAM L |
| LESLIE | RALPH K |
| LESSER | DAVID |
| LOPEZ | JOSE L |
| MARTIN | COREY D |
| MARTINEZ | FRANCISCO J |
| MCCLANAHAN | MATTHEW S |
| MCCLURE | EDWARD L |
| MCCURLEY | SANDY M |
| MCKENZIE | LARRY |
| MCMAHON | MICHAEL F |
| MCMANUS | KELLIE R |
| MILLER | NIKKI R |
| MILLS | ANNA |
| MITTICA | PAUL J |
| MOISSETT | JOHN M |
| MOON | ARNOLD R |
| MOORE | STEWART |
| MORIN | DENISE M |
| MYERS | DIRK R |
| NAVARRETE | PEDRO R |
| NORTHRUP | COLLIN R |
| NOWICK | TINA L |
| ORNSTEIN | LESLIE |
| ORTIZ | RAMON |
| ORTLIEB | EDWARD G |
| OTT | GALEN D |
| PARKER | DUDLEY W |
| PARSONS | JENNA L |
| PASS | TURQUITA |
| PATTERSON | STEPHEN K |
| PETRARCA | MARCELLE A |
| PILEGGI | BRIAN |
| POOL | SCOTT A |
| POTTEIGER | THEODORE |
| RADECKI | BETTY W |
| RAUCH | CHARLES S |
| RAY | AUSTIN |
| RAY | STACEY A |
| REMAN | ABIGAIL |
| REYNOLDS | SANDRA J |
| RIOS | CYNTHIA |
| ROSS | JOSHUA A |
| SANTOLI | JONATHAN |
| SAULS | ODELL F |
| SCHAEFFNER | JEFFREY J |
| SCHWEISS | JERRY A |
| SEIDEL | SABINE R |
| SERATA | ROBERT J |
| SHARP | BARRY R |
| SIBLEY | GEORGE H |
| SKALAMERA | JOSEPH A |
| SMEAK | JEFFREY A |
| SMITH | DENISE M |
| SNYDER | EDWARD E |
| SPEIR | GREGORY |

| | |
|---|---|
| STEFANOWICZ | JACK D |
| STEPHENS | BRENT E |
| STEVENS | MEAGHAN A |
| STOBER | DALE S |
| STOLZ | JAMES J |
| STONE | HEATHER D |
| STRASSBERGER | PETER J |
| SULLIVAN | ROSALEE J |
| TAYLOR | CARL A |
| THOMAS | NATHANIEL D |
| THOMPSON | STEPHEN E |
| THORNTON | SUSAN L |
| TOCKMAN | STUART L |
| VALLE | ELIDA |
| VANDUZER | ROBERT C |
| VAUGHAN | BILLY N |
| VILLALOBOS | ANGELICA |
| WALKER | AMORY C |
| WARD | KRISTIE A |
| WARREN | MITCHELL |
| WATTS | GERTRUDE A |
| WEERAKKODY | SUNIL D |
| WESTCOTT | PHILIP F |
| WHALEY | LEE K |
| WIFFEN | SHERI E |
| WILCOX | STERLING K |
| WILLIAMS | KHALED A |
| WILLIAMSON | JAMES |
| WILSON | JAIME H |
| YOUNTS | CATHERINE L |
| ZASLOW | ALAN |