**JAHAN REALTY MANAGEMENT CORP.**
629 EAST DRINKER STREET
LOWER LEVEL
DUNMORE, PA 18512
OFFICE: 570-955-0049
FAX: 570-955-0236

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/13

September 4, 2013                                                                                       Via Overnight Certified Mail

United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**RE: In re Nissan Radiator/Transmission Cooler Litigation**
**10-CV-7493 (VB)**

*Objection*

Honorable Vincent L. Briccetti:

This letter serves as my objection to the proposed settlement.

I bought my Xterra on November 11, 2005. I also bought a Gold Preferred warranty that was supposed to provide 10 years or 100,000 miles coverage. Since February 2013, my car began to stall and skid on the highway, but I had no idea why. My mechanics thought it was a problem with the brakes, but after replacing my brakes the problem did not go away. I took the car back to my mechanic again, and it was then that the mechanic said he found a problem that the transmission oil is going to the radiator, that he could not fix it, and that I had to take my car to the Nissan dealership. Due to work and overseas travel, I had no time to take the car for servicing until I took it to Tom Hesser Nissan in Scranton, Pennsylvania on June 25, 2013.

The mechanic at Tom Hesser Nissan said the problem was there was transmission oil leaking into the radiator. I was informed that I would have to pay $2,500 as a co-pay to fix this problem. I was shocked. This defect was not my fault. In addition, with my warranty, I was astonished that this was not a problem that Nissan should automatically repair. After I called 1-800-Nissan1, I was informed that this was a recall item, and that I had to contact Nissan headquarters for further attention. I did not become aware of this class action lawsuit until I saw it on the mechanic shop's website. I did not know anything about joining since the mechanic only stated that I had to deal with Nissan headquarters for my claim. I did not understand how it affected me until my daughter visited a couple days ago from the date of this letter.

Though the help of my daughter, who is a recent law school graduate, she told me that the proposed settlement says that Nissan will get out of its obligation to fix the problem it created by capping its obligation to repair at no cost to the customer at a certain number of miles, and that any car over those miles, would mean the owner of the car would have to pay out-of-pocket for the repair. This is not right, and it is not fair. This is a recall item; Nissan should fix this

1

problem at no cost to me. I cannot drive the car because of its defective condition, and because of my fear that the car might harm myself, my family, or someone else on the road.

All I want is for Nissan to fix the defect it created without charging the loyal customers who bought the car and supported the company in the first place!

Sincerely,

Max Tabat
JAHAN REALTY MANAGEMENT CORP.

Enclosed:

Copy of Santore Auto Repair brakes replacement.
Copy of Tom Hesser Nissan statement for $2,500.
Total pages plus letter: 4 pages.

# Senatore AUTO REPAIR

315 EAST DRINKER STREET
DUNMORE, PA 18512
PHONE: (570) 344-9301
FAX: (570) 344-0398

**"SERVICE AND REPAIR AT A PRICE THAT'S FAIR"**

*BRAKES – SHOCKS – STRUTS – FRONT END PARTS
DIAGNOSTICS – TUNE-UPS – A/C & HEATING – EXHAUST
SYSTEMS – STATE INSPECTION and EMISSIONS*

CUSTOMER: _____  DATE: 6-13
ADDRESS: _____
PHONE: (HOME) _____ (WORK) _____

| YEAR | MAKE | MODEL | PLATE # | COLOR | MILEAGE | ENGINE | LF | RR | TIRES |
|---|---|---|---|---|---|---|---|---|---|
| | Nissan | Xterra | | Silver | | | | | |
| EMISSIONS # | STATE # | | BODY STYLE | | OLD MILEAGE | VIN # | | | |

| INSURANCE CO. NAME | EXP. DATE | POLICY # |
|---|---|---|
| | | |

| QTY. | PART # | DESCRIPTION | TOTAL |
|---|---|---|---|
| | | Inspection Emissions | 60.00 |
| | | Front Brakes | warranty |
| | | Front Rotors | |
| | | Labor | 120.00 |
| | | Rear brakes | warranty |
| | | Rear Rotors | |
| | | Labor | 120.00 |

ALL RETURN WORK AND PARTS MUST BE ACCOMPANIED BY THIS RECEIPT!!   CASH   CHECK   MASTER CARD   VISA   TAX

RECEIVED _____  DATE _____

**TOTAL CHARGES: 300.00**

*Thank you for your business!*

XTERRA MECHANIC INVOICES RE TRANSMISSION 001.jpg

```
CUSTOMER #: 57361F                                    75303         Tom Hesser NISSAN
                                                                    25 Lackawanna Ave, Scranton, PA 18509
                                                    *INVOICE*       (570) 558-2000  (866) 950-2277
MAX TABAT                                                           www.tomhesser.com
SUMMIT BY THE LK
SCRANTON, PA 18505                                  PAGE 1          a Tom Hesser Auto Group Company
HOME:570-351-1300  CONT:570-351-1300
BUS:               CELL:570-351-1300   SERVICE ADVISOR: 90459 SHAUN SLAYTON
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN - OUT | TAG |
|---|---|---|---|---|---|---|
|  | 05 | NISSAN XTERRA | 5N1AN08W95C657122 |  | 87182/87182 |  |

| DEL. DATE | PROD. DATE | WARR. EXP | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30JAN06 DD |  |  | 16:30 25JUN13 |  | 84.00 | CASH | 25JUN13 |

| R.O. OPENED | READY | OPTIONS: DLR:3869 ENG:4.0_Liter_Gas |
|---|---|---|
| 08:31 25JUN13 | 09:18 25JUN13 |  |

```
LINE OPCODE TECH TYPE HOURS                           LIST    NET    TOTAL
A CUSTOMER STATES STALLING OUT
    1C TECH FOUND CROSS CONTAMINATION BETWEEN TRANS
       AND RADIATOR, CUST FALLS IN COPAY LEVEL OF
       $2500.00, CUST DECLINED REPAIR AT THIS TIME
       3375    C                                              0.00     0.00
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE A:           0.00
**************************************************
B FREE 27 POINT CHECK A $29.95 VALUE
    55NIZINSP FREE 27 POINT CHECK A $29.95 VALUE
       3375    C                                              0.00     0.00
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:           0.00
**************************************************
```

Consumer Affairs: 800-NISSAN1
6477261

JAHAN

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS DEDUCTIBLE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON  (DATE)  CUSTOMER SIGNATURE

CUSTOMER COPY